Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Alec P. Schulman (Bar No. 336491)
aschulman@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiffs,*
Joanna Ardalan, Esq. and One LLP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA ARDALAN, ESQ, an individual; ONE LLP, a California Limited Liability Partnership,<br><br>Plaintiff,<br>v.<br><br>DOE 1, d.b.a LAW INTEGRAL, LLC, business entity unknown; DOE 2, d.b.a DEPUTY TRADEMARK, business entity unknown; DOE 3, p.k.a MICHELLE SPRAGUE, an individual; DOE 4, d.b.a TRADEMARK INTEGRAL, business entity unknown; DOE 5, d.b.a BRANDREGISTRATION.ORG, business entity unknown; and DOES 6 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-01243-DOC-DFM<br><br>**DECLARATION OF ALEC P. SCHULMAN IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR SERVICE BY EMAIL** |

## DECLARATION OF ALEC P. SCHULMAN

I, Alec P. Schulman, declare as follows:

1. I am an attorney at law duly licensed to practice in this court and counsel of record for Plaintiffs Joanna Ardalan, Esq. and One LLP (each a "Plaintiff" and collectively, "Plaintiffs"). I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify thereto.

2. I have conducted an internal investigation into the physical location of the Defendants in this matter. My investigation and findings are outlined below:

   a. On July 14, 2023, I contacted CBRE, the property manager of 2200 Main Street, Dallas, Texas 75201 to inquire whether there was a business named Law Integral, LLC or an attorney named Michelle Sprague working there. CBRE informed me that they have no record of a business or individual by the names of Law Integral, LLC or Michelle Sprague as tenants at that location.

   b. On July 14, 2023, I attempted to contact the San Francisco Downtown Community Benefit District (the "SFDCBD"), a municipal organization that manages the business district including the address at 548 Market Street, San Francisco, CA 94104 to inquire whether there was a business named Deputy Trademark as a tenant there. I was unable to reach anyone who could provide information that could verify Defendant Deputy Trademark's Tenancy Status.

   c. On July 14, 2023, I performed an online search of the address 539 W. Commerce St #5357, Dallas, TX 75208. While no property management information was readily available, I reviewed an online listing at the URL https://www.zillow.com/homedetails/539-W-Commerce-St-1386-Dallas-TX-75208/2061777114_zpid/ for an apartment complex at the same address.

3. I conducted a business search of "Deputy Trademark" (and variations thereof) on the California Secretary of State's Website at https://bizfileonline.sos.ca.gov/search/business. The search revealed no business within California operating under that name.

4. I conducted a business Search of "Law Integral, LLC" and "Trademark Integral" (and variations thereof) on the Texas Secretary of State Website at https://direct.sos.state.tx.us/home/home-corp.asp. Neither search revealed businesses within Texas operating under either name.

5. On July 17, 2023, I conducted four separate "WhoIs" searches at https://www.whois.com/ of lawintegral.com, deputytrademark.com, trademarkintegral.com, and brandregistration.org. All four searches revealed that the registrant contact for the four Defendants are "private", listing "Withheld for Privacy Ehf" – an Icelandic company - as the registrant shielding organization. Attached hereto as Exhibit A are true and correct copies of the search results from whois.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of July 2023, in West Hollywood, California.

/s/ Alec P. Schulman
Alec P. Schulman

DECLARATION OF ALEC P. SCHULMAN IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR SERVICE BY EMAIL