# EXHIBIT A



Page 2 of 5

# Whois
Identify for everyone

Enter Domain or IP    | WHOIS

DOMAINS | WEBSITE | CLOUD | HOSTING | SERVERS | EMAIL | SECURITY | WHOIS | SUPPORT | LOGIN

## lawintegral.com
Updated 2 days ago

### Domain Information
| | |
|---|---|
| Domain: | lawintegral.com |
| Registrar: | NameCheap, Inc. |
| Registered On: | 2022-07-19 |
| Expires On: | 2024-07-19 |
| Updated On: | 2023-06-19 |
| Status: | clientTransferProhibited |
| Name Servers: | ns1.trademarkcanon.com |
| | ns2.trademarkcanon.com |

### Registrant Contact
| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | a15cc36ec53a45a609b46c3f87c7cceb.protect@withheldforprivacy.com |

### Administrative Contact
| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | a15cc36ec53a45a609b46c3f87c7cceb.protect@withheldforprivacy.com |

### Technical Contact
| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | a15cc36ec53a45a609b46c3f87c7cceb.protect@withheldforprivacy.com |

### Raw Whois Data

```
Domain name: lawintegral.com
Registry Domain ID: 2712074027_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2023-06-19T06:18:31.65Z
Creation Date: 2022-07-19T00:51:22.00Z
Registrar Registration Expiration Date: 2024-07-19T00:51:22.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Domain Status: RenewPeriod https://icann.org/epp#RenewPeriod
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: a15cc36ec53a45a609b46c3f87c7cceb.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: a15cc36ec53a45a609b46c3f87c7cceb.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: a15cc36ec53a45a609b46c3f87c7cceb.protect@withheldforprivacy.com
Name Server: ns1.trademarkcanon.com
Name Server: ns2.trademarkcanon.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-06-21T07:10:37.49Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
```

### Interested in similar domains?
| | |
|---|---|
| lawyersintegral.com | Buy Now |
| cpaintegral.com | Buy Now |
| lawintegralservices.com | Buy Now |
| familylawintegral.com | Buy Now |
| lawintegral.net | Buy Now |
| lawyersintegral.net | Buy Now |

Sale
.space
$24.88  $0.88
BUY NOW
*while stocks last

On Sale!
.WORLD
.WORLD @ $2.88 $33.88

Introducing
WORDPRESS HOSTING
$3.58 /mo
VIEW MORE

### related domain names
namecheap.com    icann.org    trademarkcanon.com    withheldforprivacy.com    internic.net



## Whois
Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

Login  or  Create an Account

Follow Us

### Domains
Register Domain Name
Transfer Domain Name
View Domain Pricing
Domain Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

### Hosting & Products
Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
Google Workspace
SSL Certificates
Sitelock
CodeGuard

### Infrastructure
Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

### Support
View Knowledge Base
Contact Support
Report Abuse
About Whois

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy

# Whois
Identity for everyone

Enter Domain or IP    **WHOIS**

DOMAINS   WEBSITE   CLOUD   HOSTING   SERVERS   EMAIL   SECURITY   WHOIS   SUPPORT   👤 LOGIN   🛒

## deputytrademark.com
Updated 4 days ago

### 🌐 Domain Information

| | |
|---|---|
| Domain: | deputytrademark.com |
| Registrar: | NameCheap, Inc. |
| Registered On: | 2022-04-29 |
| Expires On: | 2024-04-29 |
| Updated On: | 2023-03-30 |
| Status: | clientTransferProhibited |
| Name Servers: | ns1-hydra.vivawebhost.com |
| | ns2-hydra.vivawebhost.com |

### 👤 Registrant Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | d92b4b55fa094d8a0250009f00636a27.protect@withheldforprivacy.com |

### 👥 Administrative Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | d92b4b55fa094d8a0250009f00636a27.protect@withheldforprivacy.com |

### 👥 Technical Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | d92b4b55fa094d8a0250009f00636a27.protect@withheldforprivacy.com |

### Raw Whois Data

```
Domain name: deputytrademark.com
Registry Domain ID: 2692877692_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2023-03-30T00:25:33.31Z
Creation Date: 2022-04-29T19:30:50.00Z
Registrar Registration Expiration Date: 2024-04-29T19:30:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: d92b4b55fa094d8a0250009f00636a27.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: d92b4b55fa094d8a0250009f00636a27.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: d92b4b55fa094d8a0250009f00636a27.protect@withheldforprivacy.com
Name Server: ns1-hydra.vivawebhost.com
Name Server: ns2-hydra.vivawebhost.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>> Last update of WHOIS database: 2023-07-12T16:10:23.04Z <<
For more information on Whois status codes, please visit https://icann.org/epp
```

### Interested in similar domains?

| | |
|---|---|
| deputytrademarks.com | Buy Now |
| deputycopyright.com | Buy Now |
| deputytrademarkattorney.com | Buy Now |
| firstdeputytrademark.com | Buy Now |
| deputytrademark.net | Buy Now |
| deputytrademarks.net | Buy Now |



**.space** ~~$24.88~~ **$0.88** — Sale — **BUY NOW** *while stocks last

**.CO** On Sale! .CO @ $14.88 ~~$31.88~~

**WORDPRESS HOSTING** Introducing **$3.58**/mo **VIEW MORE**

---

**related domain names**

namecheap.com   icann.org   vivawebhost.com   withheldforprivacy.com   internic.net

---

**Domains**
Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

**Hosting & Products**
Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
Google Workspace
SSL Certificates
Sitelock
CodeGuard

**Infrastructure**
Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

**Support**
View Knowledge Base
Contact Support
Report Abuse
About Whois

Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

Login   or   Create an Account

Follow Us:

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy

# Whois
Identity for everyone

Enter Domain or IP    [🔍 WHOIS]

DOMAINS | WEBSITE | CLOUD | HOSTING | SERVERS | EMAIL | SECURITY | WHOIS | SUPPORT | 👤 LOGIN | 🛒

## trademarkintegral.com
Updated 9 days ago

### Domain Information

| | |
|---|---|
| Domain: | trademarkintegral.com |
| Registrar: | NameCheap, Inc. |
| Registered On: | 2023-03-21 |
| Expires On: | 2024-03-21 |
| Updated On: | 2023-03-21 |
| Status: | clientTransferProhibited |
| Name Servers: | ns1.trademarkcanon.com |
| | ns2.trademarkcanon.com |

### Registrant Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | 73bcc4b5ae99477bba765917ae00ffbe.protect@withheldforprivacy.com |

### Administrative Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | 73bcc4b5ae99477bba765917ae00ffbe.protect@withheldforprivacy.com |

### Technical Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | 73bcc4b5ae99477bba765917ae00ffbe.protect@withheldforprivacy.com |

### Raw Whois Data

```
Domain name: trademarkintegral.com
Registry Domain ID: 2766784032_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2023-03-21T15:50:18.00Z
Registrar Registration Expiration Date: 2024-03-21T15:50:18.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 73bcc4b5ae99477bba765917ae00ffbe.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 73bcc4b5ae99477bba765917ae00ffbe.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 73bcc4b5ae99477bba765917ae00ffbe.protect@withheldforprivacy.com
Name Server: ns1.trademarkcanon.com
Name Server: ns2.trademarkcanon.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-07-07T14:45:47.15Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
```

### Interested in similar domains?

| | |
|---|---|
| trademarkintegral.com | [Buy Now] |
| copyrightintegral.com | [Buy Now] |
| trademarkintegrallaw.com | [Buy Now] |
| virtualtrademarkintegral.com | [Buy Now] |
| trademarkintegral.net | [Buy Now] |
| trademarkintegral.net | [Buy Now] |

**.space** Sale
~~$24.88~~ **$0.88**
[BUY NOW]
*while stocks last

On Sale!
.CO
.CO @ $14.88 ~~$31.88~~

Introducing
**WORDPRESS HOSTING**
**$3.58**/mo
[VIEW MORE]

### related domain names

namecheap.com    icann.org    trademarkcanon.com    withheldforprivacy.com    internic.net



Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

[Login] or [Create an Account]

Follow Us:

**Domains**
Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

**Hosting & Products**
Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
Google Workspace
SSL Certificates
SiteLock
CodeGuard

**Infrastructure**
Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

**Support**
View Knowledge Base
Contact Support
Report Abuse
About Whois

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy

**Whois**
Identify for everyone

[Enter Domain or IP]    🔍 WHOIS

DOMAINS    WEBSITE    CLOUD    HOSTING    SERVERS    EMAIL    SECURITY    WHOIS    SUPPORT    👤 LOGIN    🛒 ⓪

# brandregistration.org

Updated 2 days ago ↻

## 🔖 Domain Information

| | |
|---|---|
| Domain: | brandregistration.org |
| Registrar: | NameCheap, Inc. |
| Registered On: | 2023-04-13 |
| Expires On: | 2024-04-13 |
| Updated On: | 2023-04-18 |
| Status: | clientTransferProhibited |
| Name Servers: | ns1.trademarkcanon.com |
| | ns2.trademarkcanon.com |

## 👤 Registrant Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| State: | Capital Region |
| Country: | IS |

## Raw Whois Data

```
Domain Name: brandregistration.org
Registry Domain ID: 09db48b7c4cd40a391f85475a8ceeb34-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2023-04-18T20:12:44Z
Creation Date: 2023-04-13T20:11:46Z
Registry Expiry Date: 2024-04-13T20:11:46Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibi
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Capital Region
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: IS
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identifi
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in
Name Server: ns1.trademarkcanon.com
Name Server: ns2.trademarkcanon.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2023-07-14T18:09:39Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Terms of Use: Access to Public Interest Registry WHOIS information is provided to a
```

### Interested in similar domains?

| | |
|---|---|
| brandregistration24.com | Buy Now |
| cryptobrandregistration.com | Buy Now |
| brandregistrationtoday.com | Buy Now |
| influenceregistration.com | Buy Now |
| brandregistrations.net | Buy Now |
| brandregistrar.net | Buy Now |

Sale
.space
$24.88  $0.88
🟢 BUY NOW
*while stocks last

On Sale!
.LIFE
.LIFE @ $2.98 $33.88

Introducing
WORDPRESS HOSTING
$3.58 /mo
VIEW MORE

### related domain names

namecheap.com    icann.org    trademarkcanon.com



**Whois**
Identify for everyone

Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

[Login]  or  [Create an Account]

🔵 Follow Us

**Domains**
Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

**Hosting & Products**
Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
Google Workspace
SSL Certificates
Sitelock
CodeGuard

**Infrastructure**
Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

**Support**
View Knowledge Base
Contact Support
Report Abuse
About Whois

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy