UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA ARDALAN, ESQ, an individual; ONE LLP, a California Limited Liability Partnership,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>DOE 1, d.b.a LAW INTEGRAL, LLC, business entity unknown; DOE 2, d.b.a DEPUTY TRADEMARK, business entity unknown; DOE 3, p.k.a MICHELLE SPRAGUE, an individual; DOE 4, d.b.a TRADEMARK INTEGRAL, business entity unknown; DOE 5, d.b.a BRANDREGISTRATION.ORG, business entity unknown; and DOES 6 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:23-cv-01243-DOC-DFM<br><br>**ORDER AUTHORIZING EX PARTE APPLICATION FOR SERVICE BY EMAIL AND REQUEST TO ORDER REGISTRAR TO LOCK DOMAIN NAMES** [17] |

Upon review and consideration of Plaintiffs Joanna Ardalan, Esq. and One LLP's Ex Parte Application for Service by Email,

**IT IS HEREBY ORDERED THAT:**

(1) Plaintiffs' Ex Parte Application is granted;

(2) Plaintiffs are permitted to serve ECF 1-15 on Defendants Doe 1, D.B.A Law Integral, LLC, Doe 2, D.B.A Deputy Trademark, Doe 3, P.K.A Michelle Sprague, Doe 4, D.B.A Trademark Integral, Doe 5, D.B.A Brandregistration.Org by email; and

(3) NameCheap, Inc., lock the domains hello@lawintegral.com; info@trademarkintegral.com; info@deputytrademark.com; and info@brandregistration.org.

**IT IS SO ORDERED.**

Dated: October 19, 2023

Hon. Judge David O. Carter  
United States District Judge

2
**ORDER AUTHORIZING EX PARTE APPLICATION FOR SERVICE BY EMAIL AND REQUEST TO ORDER REGISTRAR TO LOCK DOMAIN NAMES**