Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiffs,*
Joanna Ardalan, Esq. and One LLP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JOANNA ARDALAN, ESQ, an individual; ONE LLP, a California Limited Liability Partnership,<br><br>Plaintiff,<br><br>v.<br><br>DOE 1, d.b.a LAW INTEGRAL, LLC, business entity unknown; DOE 2, d.b.a DEPUTY TRADEMARK, business entity unknown; DOE 3, p.k.a MICHELLE SPRAGUE, an individual; DOE 4, d.b.a TRADEMARK INTEGRAL, business entity unknown; DOE 5, d.b.a BRANDREGISTRATION.ORG, business entity unknown; and DOES 6 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-01243-KK-(DFMx)<br>Hon. Kenly Kiya Kato<br><br>**EX PARTE APPLICATION REQUESTING EARLY DISCOVERY** |

**EX PARTE REQUEST TO SERVE EARLY DISCOVERY**

1  Plaintiffs Joanna Ardalan and One LLP respectfully request that they be

2  permitted to conduct early discovery on the identity of the Defendants who

3  registered and operate the websites that are at issue in this case, lawintegral.com,

4  brandregistration.org, trademarkintegral.com, deputytrademark.com and a new

5  website that was registered five days after the filing of this lawsuit,

6  deputytrademarks.com, and the extent to which they schemed and deceived the

7  public while using Plaintiffs' goodwill.

8  Plaintiffs have served Defendants by email as permitted by the Court (Dkt.

9  18), but want to exhaust their ability to provide notice to Defendants.

10  Plaintiffs do not yet know the true identities of the Defendants but believe

11  they can be ascertained by issuing subpoenas to:  1) the registrar of the websites

12  they registered; 2) Zendesk, Inc. which is an online service that provides websites

13  with instant messenger capabilities; 3) credit card and payment processing

14  companies, such as American Express, Visa, Mastercard, Discover, Venmo, and

15  Paypal, all of which Plaintiffs understand Defendants use to process payment; 4) the

16  United States Patent and Trademark Office, which accepted payment from

17  Defendants for trademark registrations they fraudulently submitted.

18  Defendants registered lawintegral.com, brandregistration.org,

19  trademarkintegral.com, deputytrademark.com and, on information and belief,

20  deputytrademarks.com, and have chosen to cloak their identity. Ardalan Decl., Ex.

21  A, Ex. B. When Defendants registered their websites they should have provided the

22  service providers with real contact information that the registrar would be able to

23  provide to Plaintiffs under subpoena. Plaintiffs request that they be permitted to

24  issue a subpoena to the internet service providers to obtain the same. All of the

25  domains appearing in the complaint are registered with NameCheap, Inc. and use

26  the cloaking service Withheld for Privacy Ehf. The new website

27  deputytrademarks.com  was registered on July 17, 2023, just five days after this

28

**EX PARTE REQUEST TO SERVE EARLY DISCOVERY**

1  lawsuit was filed. Ardalan Decl., Ex. B. That website is registered with

2  GoDaddy.com, LLC and cloaked by Domains by Proxy, LLC. *Id.*

3      Moreover, Defendants have used Zendesk, Inc. to provide an instant chat

4  feature on its websites. Plaintiffs believe that Zendesk may also have information

5  relating to the real identity of the Defendants.

6      Plaintiffs understand that Defendants accept all major credit cards and use

7  payment processing companies Venmo and Paypal. Plaintiffs would like to

8  subpoena them to ascertain Defendants' identities and the amount of money they

9  have processed from their fraudulent scheme of providing legal services, including

10 by using Plaintiffs' goodwill. Ardalan Decl. ¶ 5.

11     Finally, Plaintiffs request that they be permitted to subpoena the United States

12 Patent and Trademark Office, which accepted payment from Defendants for

13 trademark registrations they fraudulently submitted. Plaintiffs believe this discovery

14 may also reveal who Defendants are and the number of registrations they

15 fraudulently submitted under their scheme, as Plaintiffs understand that the payment

16 was submitted by Defendants, not their purported "clients". Ardalan Decl. ¶ 6.

17     Because Defendants have not appeared,  Plaintiffs would otherwise be unable

18 to conduct discovery on these third parties. Plaintiffs respectfully request permission

19 to issue subpoenas to NameCheap, Inc. GoDaddy.com, Inc., and their cloaking

20 services,  Withheld for Privacy Ehf, and  Domains by Proxy, LLC, respectively, as

21 well as ZenDesk, Inc., Venmo, Paypal, all major credit cards, including American

22 Express and Visa, and the United States Patent and Trademark Office.

23                                        Respectfully submitted.

24 Dated:  December 11, 2023            **ONE LLP**

25

26                                    By: */s/ Peter Afrasiabi*
27                                        Peter Afrasiabi
                                         *Attorneys for Plaintiffs,*
28                                        Joanna Ardalan, Esq. and One
                                         LLP

---

**EX PARTE REQUEST TO SERVE EARLY DISCOVERY**