Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Attorneys for Plaintiffs,*
Joanna Ardalan, Esq. and One LLP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JOANNA ARDALAN, ESQ, an individual; ONE LLP, a California Limited Liability Partnership,<br><br>Plaintiff,<br>v.<br>DOE 1, d.b.a LAW INTEGRAL, LLC, business entity unknown; DOE 2, d.b.a DEPUTY TRADEMARK, business entity unknown; DOE 3, p.k.a MICHELLE SPRAGUE, an individual; DOE 4, d.b.a TRADEMARK INTEGRAL, business entity unknown; DOE 5, d.b.a BRANDREGISTRATION.ORG, business entity unknown; and DOES 6 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-01243-KK-(DFMx)<br>Hon. Kenly Kiya Kato<br><br>**DECLARATION IN SUPPORT OF EX PARTE APPLICATION REQUESTING EARLY DISCOVERY** |

**EX PARTE REQUEST TO SERVE EARLY DISCOVERY**

**DECLARATION OF JOANNA ARDALAN**

I, Joanna Ardalan, declare as follows:

1. I am an attorney at law duly licensed to practice in this court and am a party to this case. I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify as follows:

2. Attached as Exhibit A is a true and correct print screens of the "Who Is" information associated with lawintegral.com, trademarkintegral.com, and brandregistration.org. It shows that the registrar for each is NameCheap, Inc. and that the registrant has chosen to cloak its identity using "Withheld for Privacy ehf."

3. Attached as Exhibit B is a true and correct print screen of the "Who Is" information associated with deputytrademarks.com. It shows that the registrar is GoDaddy.com, Inc. and that the registrant has chosen to cloak its identity using Domains by Proxy, LLC.

4. I have visited the websites at issue in this lawsuit and understand that they use a feature called ZenDesk that provides an instant messenger feature. This feature permits customers to instantly type a message or question to an agent of Defendant and receive an instant response from Defendant.

5. I understand through my investigation that Defendants accepts American Express, Mastercard, Visa, and Discover. It also accepts Venmo and Paypal to process payment from its customers.

6. I understand that when Defendants file a trademark application, they first accept payment from the customer and then file the application using its own form of payment. Therefore, I believe the USPTO has information about the identity of Defendants.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of December 2023, in Beverly Hills, California.

1
                        <u>/s/Joanna Ardalan</u>
                        Joanna Ardalan

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
**DECLARATION OF JOANNA ARDALAN RE PROOF OF SERVICE**

# EXHIBIT A

.COM @ $9.98 — Register a .COM domain for only $9.98! While stocks last!    BUY NOW

 Domains  Hosting  Servers  Email  Security  Whois  Deals    [Enter Domain or IP]  WHOIS     

# lawintegral.com

Updated 6 days ago

## Domain Information

| | |
|---|---|
| Domain: | lawintegral.com |
| Registrar: | NameCheap, Inc. |
| Registered On: | 2022-07-19 |
| Expires On: | 2024-07-19 |
| Updated On: | 2023-06-19 |
| Status: | clientTransferProhibited |
| Name Servers: | ns1.trademarkcanon.com<br>ns2.trademarkcanon.com |

## Registrant Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | a15cc36ec53a45a699b46c3f87c7cceb.protect@withheldforprivacy.com |

## Administrative Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | a15cc36ec53a45a699b46c3f87c7cceb.protect@withheldforprivacy.com |

## Technical Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | a15cc36ec53a45a699b46c3f87c7cceb.protect@withheldforprivacy.com |

## Raw Whois Data

```
Domain name: lawintegral.com
```

### Interested in similar domains?

| | |
|---|---|
| law-integral.com | Buy Now |
| lawyersintegral.com | Buy Now |
| lawintegralservices.com | Buy Now |
| familylawintegral.com | Buy Now |
| lawintegral.net | Buy Now |
| lawyersintegral.net | Buy Now |









```
Registry Domain ID: 2712074827_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2023-06-19T06:18:31.65Z
Creation Date: 2022-07-19T00:51:22.00Z
Registrar Registration Expiration Date: 2024-07-19T00:51:22.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: a15cc36ec53a45a699b46c3f87c7cceb.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: a15cc36ec53a45a699b46c3f87c7cceb.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: a15cc36ec53a45a699b46c3f87c7cceb.protect@withheldforprivacy.com
Name Server: ns1.trademarkcanon.com
Name Server: ns2.trademarkcanon.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-12-04T23:24:10.01Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
```

## related domain names

namecheap.com    icann.org    trademarkcanon.com    withheldforprivacy.com    internic.net

---



| Domains | Hosting & Product | Infrastructure |
|---|---|---|
| Register Domain Name | Linux Hosting | Datacenter Details |
| Transfer Domain Name | Windows Hosting | Hosting Security |
| View Domain Pricing | WordPress Hosting | 24 x 7 Servers Monitoring |
| Whois Lookup | Linux Reseller Hosting | Backup and Recovery |
| Name Suggestion Tool | Windows Reseller Hosting | |
| Free with Every Domain | Dedicated Servers | **Support** |
| Domain Offers | Cloud Hosting | View Knowledge Base |
| | Website Builder | Contact Support |
| | Business Email | Report Abuse |
| | Enterprise Email | About Whois |
| | Google Workspace | |
| | SSL Certificates | |
| | Sitelock | |
| | CodeGuard | |

Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

Login    or    Create an Account

Follow Us

Copyright © Whois.com. All rights reserved

Privacy | Terms

.COM @ $9.98 — Register a .COM domain for only $9.98! While stocks last! — BUY NOW



Domains | Hosting | Servers | Email | Security | Whois | Deals

[Enter Domain or IP]  WHOIS

# brandregistration.org

Updated 1 second ago

## Domain Information

| Domain: | brandregistration.org |
| --- | --- |
| Registrar: | NameCheap, Inc. |
| Registered On: | 2023-04-13 |
| Expires On: | 2024-04-13 |
| Updated On: | 2023-07-17 |
| Status: | clientHold<br>clientTransferProhibited |
| Name Servers: | ns1.trademarkcanon.com<br>ns2.trademarkcanon.com |

## Registrant Contact

| Organization: | Privacy service provided by Withheld for Privacy ehf |
| --- | --- |
| State: | Capital Region |
| Country: | IS |

## Raw Whois Data

```
Domain Name: brandregistration.org
Registry Domain ID: 09db48b7c4cd40a391f85475a8ceeb34-LROR
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2023-07-17T05:45:36Z
Creation Date: 2023-04-13T20:11:46Z
Registry Expiry Date: 2024-04-13T20:11:46Z
Registrar: NameCheap, Inc.
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.6613102107
Domain Status: clientHold https://icann.org/epp#clientHold
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Registry Registrant ID: REDACTED FOR PRIVACY
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: REDACTED FOR PRIVACY
Registrant City: REDACTED FOR PRIVACY
Registrant State/Province: Capital Region
Registrant Postal Code: REDACTED FOR PRIVACY
Registrant Country: IS
Registrant Phone: REDACTED FOR PRIVACY
Registrant Phone Ext: REDACTED FOR PRIVACY
Registrant Fax: REDACTED FOR PRIVACY
Registrant Fax Ext: REDACTED FOR PRIVACY
Registrant Email: Please query the RDDS service of the Registrar of Record identified in this out
Registry Admin ID: REDACTED FOR PRIVACY
Admin Name: REDACTED FOR PRIVACY
Admin Organization: REDACTED FOR PRIVACY
Admin Street: REDACTED FOR PRIVACY
Admin City: REDACTED FOR PRIVACY
Admin State/Province: REDACTED FOR PRIVACY
Admin Postal Code: REDACTED FOR PRIVACY
Admin Country: REDACTED FOR PRIVACY
Admin Phone: REDACTED FOR PRIVACY
Admin Phone Ext: REDACTED FOR PRIVACY
Admin Fax: REDACTED FOR PRIVACY
Admin Fax Ext: REDACTED FOR PRIVACY
Admin Email: Please query the RDDS service of the Registrar of Record identified in this output f
Registry Tech ID: REDACTED FOR PRIVACY
Tech Name: REDACTED FOR PRIVACY
Tech Organization: REDACTED FOR PRIVACY
Tech Street: REDACTED FOR PRIVACY
Tech City: REDACTED FOR PRIVACY
Tech State/Province: REDACTED FOR PRIVACY
Tech Postal Code: REDACTED FOR PRIVACY
```

### Interested in similar domains?

| brandregistration24.com | Buy Now |
| cryptobrandregistration.com | Buy Now |
| brandregistrationtoday.com | Buy Now |
| influenceregistration.com | Buy Now |
| brandregistrations.net | Buy Now |
| brandregistrar.net | Buy Now |





```
Tech Country: REDACTED FOR PRIVACY
Tech Phone: REDACTED FOR PRIVACY
Tech Phone Ext: REDACTED FOR PRIVACY
Tech Fax: REDACTED FOR PRIVACY
Tech Fax Ext: REDACTED FOR PRIVACY
Tech Email: Please query the RDDS service of the Registrar of Record identified in this output fo
Name Server: ns1.trademarkcanon.com
Name Server: ns2.trademarkcanon.com
DNSSEC: unsigned
URL of the ICANN Whois Inaccuracy Complaint Form: https://www.icann.org/wicf/
>>> Last update of WHOIS database: 2023-12-11T23:15:23Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

Terms of Use: Access to Public Interest Registry WHOIS information is provided to assist persons
```

## related domain names

namecheap.com    icann.org    trademarkcanon.com



## Whois

Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

[ Login ]  or  [ Create an Account ]

Follow Us

### Domains

Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

### Hosting & Product

Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
Google Workspace
SSL Certificates
Sitelock
CodeGuard

### Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

### Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

Copyright © Whois.com. All rights reserved    Privacy | Terms

Domains | Hosting | Servers | Email | Security | Whois | Deals

# trademarkintegral.com

Updated 1 second ago

## Domain Information

| | |
|---|---|
| Domain: | trademarkintegral.com |
| Registrar: | NameCheap, Inc. |
| Registered On: | 2023-03-21 |
| Expires On: | 2024-03-21 |
| Updated On: | 2023-07-17 |
| Status: | clientHold<br>clientTransferProhibited |
| Name Servers: | ns1.trademarkcanon.com<br>ns2.trademarkcanon.com |

## Registrant Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | 73bcc4b5ae99477bba765917ae00ffbe.protect@withheldforprivacy.com |

## Administrative Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | 73bcc4b5ae99477bba765917ae00ffbe.protect@withheldforprivacy.com |

## Technical Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | 73bcc4b5ae99477bba765917ae00ffbe.protect@withheldforprivacy.com |

## Raw Whois Data

### Interested in similar domains?

- trademark-integral.com — Buy Now
- trademarksintegral.com — Buy Now
- copyrightintegral.com — Buy Now
- trademarkauxiliar.com — Buy Now
- trademarkintegral.net — Buy Now
- trademarksintegral.net — Buy Now





```
Domain name: trademarkintegral.com
Registry Domain ID: 2766784832_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 0001-01-01T00:00:00.00Z
Creation Date: 2023-03-21T15:50:18.00Z
Registrar Registration Expiration Date: 2024-03-21T15:50:18.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientHold https://icann.org/epp#clientHold
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: 73bcc4b5ae99477bba765917ae00ffbe.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: 73bcc4b5ae99477bba765917ae00ffbe.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: 73bcc4b5ae99477bba765917ae00ffbe.protect@withheldforprivacy.com
Name Server: ns1.trademarkcanon.com
Name Server: ns2.trademarkcanon.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-12-11T11:18:21.00Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
```

### related domain names

namecheap.com    icann.org    trademarkcanon.com    withheldforprivacy.com    internic.net



**Domains**
Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

**Hosting & Product**
Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
Google Workspace
SSL Certificates

**Infrastructure**
Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

**Support**
View Knowledge Base
Contact Support
Report Abuse
About Whois

Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

 Login    or     Create an Account

Follow Us

Sitelock

CodeGuard

Copyright © Whois.com. All rights reserved

Privacy | Terms

.COM @ $9.98 — Register a .COM domain for only $9.98! While stocks last! — BUY NOW

## deputytrademark.com

Updated 1 second ago

**Interested in similar domains?**

| | |
|---|---|
| deputy-trademark.com | Buy Now |
| deputycopyright.com | Buy Now |
| deputydefamation.com | Buy Now |
| deputytrademarkattorney.com | Buy Now |
| deputytrademark.net | Buy Now |
| deputytrademarks.net | Buy Now |

### Domain Information

| | |
|---|---|
| Domain: | deputytrademark.com |
| Registrar: | NameCheap, Inc. |
| Registered On: | 2022-04-29 |
| Expires On: | 2024-04-29 |
| Updated On: | 2023-07-17 |
| Status: | clientHold<br>clientTransferProhibited |
| Name Servers: | ns1-hydra.vivawebhost.com<br>ns2-hydra.vivawebhost.com |

### Registrant Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | d92b4b55fa894d0a9250089f00638a27.protect@withheldforprivacy.com |

### Administrative Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | d92b4b55fa894d0a9250089f00638a27.protect@withheldforprivacy.com |

### Technical Contact

| | |
|---|---|
| Organization: | Privacy service provided by Withheld for Privacy ehf |
| Street: | Kalkofnsvegur 2 |
| City: | Reykjavik |
| State: | Capital Region |
| Postal Code: | 101 |
| Country: | IS |
| Phone: | +354.4212434 |
| Email: | d92b4b55fa894d0a9250089f00638a27.protect@withheldforprivacy.com |

### Raw Whois Data

```
Domain name: deputytrademark.com
Registry Domain ID: 2692877692_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namecheap.com
Registrar URL: http://www.namecheap.com
Updated Date: 2023-03-30T06:25:33.31Z
Creation Date: 2022-04-29T19:38:50.00Z
Registrar Registration Expiration Date: 2024-04-29T19:38:50.00Z
Registrar: NAMECHEAP INC
Registrar IANA ID: 1068
Registrar Abuse Contact Email: abuse@namecheap.com
Registrar Abuse Contact Phone: +1.9854014545
Reseller: NAMECHEAP INC
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientHold https://icann.org/epp#clientHold
Registry Registrant ID:
Registrant Name: Redacted for Privacy
Registrant Organization: Privacy service provided by Withheld for Privacy ehf
Registrant Street: Kalkofnsvegur 2
Registrant City: Reykjavik
Registrant State/Province: Capital Region
Registrant Postal Code: 101
Registrant Country: IS
Registrant Phone: +354.4212434
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: d92b4b55fa894d0a9250089f00638a27.protect@withheldforprivacy.com
Registry Admin ID:
Admin Name: Redacted for Privacy
Admin Organization: Privacy service provided by Withheld for Privacy ehf
Admin Street: Kalkofnsvegur 2
Admin City: Reykjavik
Admin State/Province: Capital Region
Admin Postal Code: 101
Admin Country: IS
Admin Phone: +354.4212434
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: d92b4b55fa894d0a9250089f00638a27.protect@withheldforprivacy.com
Registry Tech ID:
Tech Name: Redacted for Privacy
Tech Organization: Privacy service provided by Withheld for Privacy ehf
Tech Street: Kalkofnsvegur 2
Tech City: Reykjavik
Tech State/Province: Capital Region
Tech Postal Code: 101
Tech Country: IS
Tech Phone: +354.4212434
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: d92b4b55fa894d0a9250089f00638a27.protect@withheldforprivacy.com
Name Server: ns1-hydra.vivawebhost.com
Name Server: ns2-hydra.vivawebhost.com
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-12-11T03:39:48.76Z <<<
For more information on Whois status codes, please visit https://icann.org/epp
```

### related domain names

namecheap.com    icann.org    vivawebhost.com    withheldforprivacy.com    internic.net



Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

Login    or    Create an Account

 Follow Us

**Domains**
- Register Domain Name
- Transfer Domain Name
- View Domain Pricing
- Whois Lookup
- Name Suggestion Tool
- Free with Every Domain
- Domain Offers

**Hosting & Product**
- Linux Hosting
- Windows Hosting
- WordPress Hosting
- Linux Reseller Hosting
- Windows Reseller Hosting
- Dedicated Servers
- Cloud Hosting
- Website Builder
- Business Email
- Enterprise Email
- Google Workspace
- SSL Certificates

**Infrastructure**
- Datacenter Details
- Hosting Security
- 24 x 7 Servers Monitoring
- Backup and Recovery

**Support**
- View Knowledge Base
- Contact Support
- Report Abuse
- About Whois

Sitelock
CodeGuard

Copyright © Whois.com. All rights reserved

Privacy | Terms

# EXHIBIT B

.COM @ $9.98    Register a .COM domain for only $9.98! While stocks last!    BUY NOW

Whois — Identity for everyone

Domains | Hosting | Servers | Email | Security | Whois | Deals

## deputytrademarks.com

Updated 3 hours ago

**Interested in similar domains?**

- deputy-trademarks.com — Buy Now
- deputypatents.com — Buy Now
- deputytrademarx.com — Buy Now
- deputyjudgments.com — Buy Now
- deputytrademarks.net — Buy Now
- deputytrademark.net — Buy Now

### Domain Information

| | |
|---|---|
| Domain: | deputytrademarks.com |
| Registrar: | GoDaddy.com, LLC |
| Registered On: | 2023-07-17 |
| Expires On: | 2024-07-17 |
| Updated On: | 2023-07-17 |
| Status: | clientDeleteProhibited<br>clientRenewProhibited<br>clientTransferProhibited<br>clientUpdateProhibited |
| Name Servers: | ns1.trademarkcanon.com<br>ns2.trademarkcanon.com |

### Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>2155 E Warner Rd |
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85284 |
| Country: | US |
| Phone: | +1.4806242599 |
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=deputytrademarks.com |



.space Sale
$24.88  $1.88
BUY NOW
*while stocks last

### Administrative Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>2155 E Warner Rd |
| City: | Tempe |
| State: | Arizona |
| Postal Code: | 85284 |
| Country: | US |
| Phone: | +1.4806242599 |
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=deputytrademarks.com |



On Sale!
.FUN @ $1.88 $35.88

### Technical Contact

| | |
|---|---|
| Name: | Registration Private |
| Organization: | Domains By Proxy, LLC |
| Street: | DomainsByProxy.com<br>2155 E Warner Rd |
| City: | Tempe |



Introducing WORDPRESS HOSTING $5.48/mo
VIEW MORE

| | |
|---|---|
| State: | Arizona |
| Postal Code: | 85284 |
| Country: | US |
| Phone: | +1.4806242599 |
| Email: | Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domain=deputytrademarks.com |

**Raw Whois Data**

```
Domain Name: deputytrademarks.com
Registry Domain ID: 2798916950_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2023-07-17T11:36:00Z
Creation Date: 2023-07-17T11:36:00Z
Registrar Registration Expiration Date: 2024-07-17T11:36:00Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From Registry
Registrant Name: Registration Private
Registrant Organization: Domains By Proxy, LLC
Registrant Street: DomainsByProxy.com
Registrant Street: 2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85284
Registrant Country: US
Registrant Phone: +1.4806242599
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx
Registry Admin ID: Not Available From Registry
Admin Name: Registration Private
Admin Organization: Domains By Proxy, LLC
Admin Street: DomainsByProxy.com
Admin Street: 2155 E Warner Rd
Admin City: Tempe
Admin State/Province: Arizona
Admin Postal Code: 85284
Admin Country: US
Admin Phone: +1.4806242599
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?doma
Registry Tech ID: Not Available From Registry
Tech Name: Registration Private
Tech Organization: Domains By Proxy, LLC
Tech Street: DomainsByProxy.com
Tech Street: 2155 E Warner Rd
Tech City: Tempe
Tech State/Province: Arizona
Tech Postal Code: 85284
Tech Country: US
Tech Phone: +1.4806242599
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.aspx?domai
Name Server: NS1.TRADEMARKCANON.COM
Name Server: NS2.TRADEMARKCANON.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-12-11T23:43:33Z <<<
For more information on Whois status codes, please visit https://icann.org/epp

TERMS OF USE: The data contained in this registrar's Whois database, while believed by the
registrar to be reliable, is provided "as is" with no guarantee or warranties regarding its
accuracy. This information is provided for the sole purpose of assisting you in obtaining
information about domain name registration records. Any use of this data for any other purpose
is expressly forbidden without the prior written permission of this registrar. By submitting
an inquiry, you agree to these terms and limitations of warranty. In particular, you agree not
to use this data to allow, enable, or otherwise support the dissemination or collection of this
```



data, in part or in its entirety, for any purpose, such as transmission by e-mail, telephone, postal mail, facsimile or other means of mass unsolicited, commercial advertising or solicitation of any kind, including spam. You further agree not to use this data to enable high volume, automa or robotic electronic processes designed to collect or compile this data for any purpose, includi mining this data for your own personal or commercial purposes. Failure to comply with these terms may result in termination of access to the Whois database. These terms may be subject to modifica at any time without notice.

### related domain names

godaddy.com     icann.org     trademarkcanon.com     domainsbyproxy.com     internic.net

### Domains

Register Domain Name
Transfer Domain Name
View Domain Pricing
Whois Lookup
Name Suggestion Tool
Free with Every Domain
Domain Offers

### Hosting & Product

Linux Hosting
Windows Hosting
WordPress Hosting
Linux Reseller Hosting
Windows Reseller Hosting
Dedicated Servers
Cloud Hosting
Website Builder
Business Email
Enterprise Email
Google Workspace
SSL Certificates
Sitelock
CodeGuard

### Infrastructure

Datacenter Details
Hosting Security
24 x 7 Servers Monitoring
Backup and Recovery

### Support

View Knowledge Base
Contact Support
Report Abuse
About Whois

Leading provider of web presence solutions that empower you to establish and grow your online presence.

Learn more About Us

Login  or  Create an Account

Follow Us

Copyright © Whois.com. All rights reserved.    Privacy | Terms