1  Peter R. Afrasiabi (Bar No. 193336)
   pafrasiabi@onellp.com
2  **ONE LLP**
   23 Corporate Plaza, Suite 150-105
3  Newport Beach, CA 92660
   Telephone:   (949) 502-2870
4  Facsimile:   (949) 258-5081

5  *Attorneys for Plaintiffs,*
   Joanna Ardalan, Esq. and One LLP
6

7

8                **UNITED STATES DISTRICT COURT**
                **CENTRAL DISTRICT OF CALIFORNIA**
9                      **SOUTHERN DIVISION**

10

11 | JOANNA ARDALAN, ESQ, an | Case No. 8:23-cv-01243-KK-(DFMx) |
   | individual; ONE LLP, a California | Hon. Kenly Kiya Kato |

12 Limited Liability Partnership,

13                    Plaintiff,                 **[PROPOSED] ORDER RE EX**
                v.                          **PARTE APPLICATION**
14                                          **REQUESTING EARLY**
   DOE 1, d.b.a LAW INTEGRAL, LLC,          **DISCOVERY**
15 business entity unknown; DOE 2, d.b.a
   DEPUTY TRADEMARK, business
16 entity unknown; DOE 3, p.k.a
   MICHELLE SPRAGUE, an individual;
17 DOE 4, d.b.a TRADEMARK
   INTEGRAL, business entity unknown;
18 DOE 5, d.b.a
   BRANDREGISTRATION.ORG,
19 business entity unknown; and DOES 6
   through 10, inclusive,
20
                    Defendants.
21

22

23

24

25

26

27

28

────────────────────────────────────────
                **[PROPOSED] ORDER**

For good cause shown, Plaintiffs Joanna Ardalan and One LLP may conduct early discovery as follows:

They may issue subpoenas on NameCheap, Inc. GoDaddy.com, Inc., and their cloaking services,  Withheld for Privacy Ehf, and  Domains by Proxy, LLC, respectively, as well as ZenDesk, Inc., Venmo, Paypal, American Express, Visa, Mastercard, Discover, and the United States Patent and Trademark Office to discover the identity of Defendants and the extent to which they have profited from the websites identified in the complaint, including lawintegral.com, brandregistration.org, trademarkintegral.com, deputytrademark.com, as well as deputytrademarks.com.

_____

Hon. Kenly Kiya Kato

1

**[PROPOSED] ORDER**