UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **SACV 23-1243-KK-DFMx** | Date: | May 2, 2024 |
|---|---|---|---|

| Title: | ***Joanna Ardalan, et al. v. Doe 1, et al.*** |
|---|---|

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (In Chambers) Order Requiring Plaintiffs to File a Report Regarding the Status of Service of the Complaint**

On July 12, 2023, plaintiffs Joanna Ardalan and One LLP ("Plaintiffs") initiated this action by filing a Complaint against Doe defendants 1 through 10.  ECF Docket No. ("Dkt.") 1.

On November 29, 2023, the Court issued an Order to Show Cause why this action should not be dismissed for lack of prosecution in light of Plaintiffs' failure to identify and serve the Doe defendants within 90 days after the filing of the Complaint.  Dkt. 21; see also FED. R. CIV. P. 4(m).

On December 11, 2023, Plaintiffs filed an Ex Parte Application for leave to conduct early discovery regarding the identities of the Doe defendants ("Application").  Dkt. 23.  On December 13, 2023, the Court issued an Order granting Plaintiffs' Application.  Dkt. 24.  However, to date, Plaintiffs have not filed a proof of service of the Complaint on any defendant.

Accordingly, **no later than May 9, 2024**, Plaintiffs shall file a report regarding the status of service of the Complaint, including the steps taken by Plaintiffs to complete service to date. **Plaintiffs are expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice for failure to prosecute and comply with court orders.  See FED. R. CIV. P. 41(b).**

**IT IS SO ORDERED.**