Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiffs,*
Joanna Ardalan, Esq. and One LLP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JOANNA ARDALAN, ESQ, an individual; ONE LLP, a California Limited Liability Partnership,<br><br>　　　　　Plaintiff,<br>　　v.<br>DOE 1, d.b.a LAW INTEGRAL, LLC, business entity unknown; DOE 2, d.b.a DEPUTY TRADEMARK, business entity unknown; DOE 3, p.k.a MICHELLE SPRAGUE, an individual; DOE 4, d.b.a TRADEMARK INTEGRAL, business entity unknown; DOE 5, d.b.a BRANDREGISTRATION.ORG, business entity unknown; and DOES 6 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:23-cv-01243-KK-(DFMx)<br>Hon. Kenly Kiya Kato<br><br>**PLAINITFFS' REPORT ON THE STATUS OF SERVICE OF COMPLAINT** |

1    In response to the Court's order on May 2, 2024 [Dkt. #26], the Plaintiffs,
2  Joanna Ardalan, Esq. and One LLP ("Plaintiffs") hereby submit the Report on the
3  Status of Service on the Complaint to Defendants.
4    The Court granted permission for Plaintiffs to serve subpoenas on
5  NameCheap, Inc. GoDaddy.com, Inc., and their cloaking services, Withheld for
6  Privacy Ehf, and Domains by Proxy, LLC, respectively, as well as ZenDesk, Inc.,
7  Venmo, Paypal, American Express, Visa, Mastercard, Discover, and the United
8  States Patent and Trademark Office to discover the identity of Defendants Does 2, 4,
9  and 5 d/b/a deputytrademark.com, trademarkintegral.com, and brandregistration.org,
10 respectively.
11   Plaintiffs issued subpoenas to NameCheap, Inc., GoDaddy.com, Inc.,
12 Domains by Proxy, LLC, ZenDesk, Inc., Paypal, American Express, Visa, and the
13 United States Patent and Trademark Office to identify Defendants Does 2, 4, and 5
14 d/b/a deputytrademark.com, trademarkintegral.com, and brandregistration.org
15 ("Defendants") (Declaration of Joanna Ardalan ("Ardalan Decl."), ¶ 2).
16   Plaintiffs hired Nationwide Legal, LLC to serve subpoenas on the entities
17 above. To date, Plaintiffs have successfully served GoDaddy.com, Inc., Domains by
18 Proxy, LLC, Paypal, ZenDesk, Inc., and Visa, but have not yet received documents.
19 Nationwide Legal, LLC attempted to serve Namecheap, Inc. on the address listed on
20 their site that expressly states to serve subpoenas there; however, Nationwide was
21 unable to serve it. The site states that they do accept service of subpoenas by email
22 at their discretion, so Plaintiffs served the subpoena via email, and are awaiting a
23 response. (Ardalan Decl. ¶ 3).
24   Plaintiffs request an additional 30 days to collect documents from the
25 subpoenaed parties and complete any further service efforts.
26 ///
27 ///
28 ///

1
**PLAINITFFS' REPORT ON THE STATUS OF SERVICE OF COMPLAINT**

| | | |
|---|---|---|
| 1 | Dated: May 9, 2024 | **ONE LLP** |
| 2 | | |
| 3 | | By:  /s/ Joanna Ardalan |
| 4 | | Joanna Ardalan |
| 5 | | *Attorneys for Plaintiffs*, |
| 6 | | Joanna Ardalan, Esq. and One LLP |