Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

*Attorneys for Plaintiffs,*
Joanna Ardalan, Esq. and One LLP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JOANNA ARDALAN, ESQ, an individual; ONE LLP, a California Limited Liability Partnership,<br><br>Plaintiff,<br><br>v.<br><br>DOE 1, d.b.a LAW INTEGRAL, LLC, business entity unknown; DOE 2, d.b.a DEPUTY TRADEMARK. business entity unknown; DOE 3, p.k.a MICHELLE SPRAGUE, an individual; DOE 4, d.b.a TRADEMARK INTEGRAL, business entity unknown; DOE 5, d.b.a BRANDREGISTRATION.ORG, business entity unknown; and DOES 6 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-01243-DOC-(DFMx)<br>Hon. David O. Carter<br><br>**DECLARATION OF JOANNA ARDALAN IN SUPPORT OF THE REPORT ON THE STATUS OF SERVICE OF COMPLAINT** |

# DECLARATION OF JOANNA ARDALAN

I, Joanna Ardalan, declare as follows:

1. I am the Plaintiff in the above titled action. I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify thereto.

2. I issued subpoenas to NameCheap, Inc., GoDaddy.com, Inc., Domains by Proxy, LLC, ZenDesk, Inc., Paypal, American Express, Visa, and the United States Patent and Trademark Office to identify Defendants Does 2, 4, and 5 d/b/a deputytrademark.com, trademarkintegral.com, and brandregistration.org ("Defendants").

3. Plaintiffs hired Nationwide Legal, LLC to serve subpoenas on the entities above. To date, Plaintiffs have successfully served GoDaddy.com, Inc., Domains by Proxy, LLC, Paypal, ZenDesk, Inc., and Visa, but have not yet received documents. Nationwide Legal, LLC attempted to serve Namecheap, Inc. on the address listed on their site that expressly states to serve subpoenas there; however, Nationwide was unable to serve it. The site states that they do accept service of subpoenas by email at their discretion, so Plaintiffs served the subpoena via email, and are awaiting a response.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of May 2024, in Los Angeles, California.

*/s/ Joanna Ardalan*
Joanna Ardalan