# EXHIBIT A



# United States of America

### United States Patent and Trademark Office

# One LLP

**Reg. No. 3,861,874**  
**Registered Oct. 12, 2010**

AFRASIABI, PETER (UNITED STATES INDIVIDUAL)  
4000 MACARTHUR BLVD., SUITE 1100  
NEWPORT BEACH, CA 92660

**Int. Cl.: 45**

FOR: INTELLECTUAL PROPERTY CONSULTATION; LEGAL SERVICES, IN CLASS 45 (U.S. CLS. 100 AND 101).

**SERVICE MARK**

FIRST USE 8-31-2009; IN COMMERCE 8-31-2009.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "LLP", APART FROM THE MARK AS SHOWN.

SN 77-802,470, FILED 8-12-2009.

REBECCA GILBERT, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

# EXHIBIT B

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS                                              <u>Back to Search</u>            Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2023-06-19 14:43:52 EDT |
| **Mark:** | MIRACLE WOODWORKS LLC |

Miracle Woodworks LLC

| | | | |
|---|---|---|---|
| **US Serial Number:** | 97910786 | **Application Filing Date:** | Apr. 27, 2023 |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** |  | LIVE/APPLICATION/Awaiting Examination | |
| | | The trademark application has been accepted by the Office ( minimum filing requirements) and has not yet been assigned | |
| **Status:** | New application awaiting assignment to an examining attorney. **See current trademark processing wait ti** | | |
| **Status Date:** | May 01, 2023 | | |

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Ekins, Walter |
| **DBA, AKA, Formerly:** | DBA Miracle Woodworks LLC |
| **Owner Address:** | 30 N Gould St Suit R<br>Sheridan, WYOMING UNITED STATES 82801 |
| **Legal Entity Type:** | INDIVIDUAL | **Citizenship:** | UNITED STATES |

## Attorney/Correspondence Information

**Attorney of Record**

| | |
|---|---|
| **Docket Number:** | WE |

**Correspondent**

| | |
|---|---|
| **Correspondent Name/Address:** | EKINS, WALTER<br>30 N GOULD ST SUIT R<br>SHERIDAN, WYOMING UNITED STATES 82801 |
| **Phone:** | 415-707-7196 |

| | |
|---|---|
| **Correspondent e-mail:**  **info@brandregistration.org** | **Correspondent e-mail Authorized:**  Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| May 25, 2023 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| May 01, 2023 | NEW APPLICATION ENTERED | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | NEW APPLICATION PROCESSING | **Date in Location:** | May 01, 2023 |

## Assignment Abstract Of Title Information - None recorded

## Proceedings - None recorded

# EXHIBIT C

| | |
|---|---|
| **From:** | Miracle Woodworks |
| **To:** | Jo Ardalan |
| **Subject:** | Fwd: Request for Required Statement of Information Disclosure \| Law Integral - Deputy Trademark |
| **Date:** | Wednesday, June 21, 2023 2:13:38 PM |

So the above started with them sending me the (I hope still) attached supposed letter from the USPTO and asking me for $265 plus their fee in order to respond to it.  You will see I eventually told them I had serious doubts about this and would check with the USPTO.  You will note they claim to be the attorney representing my claim.

There was a gap and then Amazon contacted me to say they had approved my brand registration but needed to confirm my identity and had sent the verification code to the address on record.  That is when they started insisting on receiving $100 for an additional "classification"  before they would send me the verification code which I referred to (perhaps unjustly but maybe not so much now) as extortion.  I asked the writer "Scott" to tell me what state he practiced law in and which bar association he was attached to because he just didn't sound like a lawyer.  He then clarified his status saying (June 9) " *I want to emphasize that I am not withholding any information from you intentionally. If it were within my power, I would gladly provide you with the requested code. However, I do not have access to it as I am the assigned Case Filing Manager, not the attorney. Joanna Ardalan is the attorney responsible for filing your application.*"

They eventually caved and sent me the verification code (I'll send that under separate cover)

I'm so sorry this has happened to you Joanna.  Bastards.  And you send me any kind of disclosure agreement to sign that you like.

Cheers

Walter

---------- Forwarded message ---------
From: **Miracle Woodworks** <miraclegates22@gmail.com>
Date: Wed, Jun 14, 2023 at 10:01 AM
Subject: Re: Request for Required Statement of Information Disclosure | Law Integral - Deputy Trademark
To: Hello <hello@lawintegral.com>


Thank you for this Scott and the verification email was indeed received by me.  I had asked you also though to please hit reply to the verification code email and inform Amazon (as they requested) that you have forwarded the code to me and cc me on that email.  Could you do that for me please?

Thank you so much

Walter

On Mon, Jun 12, 2023 at 9:49 AM Hello <hello@lawintegral.com> wrote:

Dear Walter,

I am writing to inform you that I will forward this email to the attorney who will assume full responsibility for your case. However, I must emphasize that if your application is rejected in the future for any reason, our company cannot be held accountable.

Furthermore, I kindly request that you refrain from using the term "extortion fee." As I mentioned in a previous email, we are willing to provide you with the code, but unfortunately, we do not have access to it.

Please rest assured that our support team will send you the verification code by 12:30 pm PST today. If you have any additional questions or concerns, please let us know.

Best Regards,

Scott

**From:** Miracle Woodworks [mailto:miraclegates22@gmail.com]
**Sent:** Friday, June 9, 2023 4:16 PM
**To:** Hello <hello@lawintegral.com>
**Subject:** Re: Request for Required Statement of Information Disclosure | Law Integral - Deputy Trademark

Dear Scott,

1.  There is no need for any further classification of my application.  The classification I am under is perfectly acceptable to Amazon and they have approved it.  To put your mind at ease I take full responsibility for any problem that using the trademark (in its current classification) on Amazon causes my application.  That should assuage Joanna Ardalan of any concerns that my " application will not face any rejections and that it will be successfully registered without any obstacles."  It's my problem.

2.  Please convey to Ms Ardalan my instructions (as her client) to forward the verification code to me and to cc the email to the Amazon address given below.

3.  If Ms Ardalan requires being paid $100 purely for the courtesy of forwarding an email let me

know how to proceed with that but I will require an invoice that says "email forwarding fee" and nothing about classification.  I DO NOT wish to have my application reclassified or have a further classification added to it.  I have no choice but to pay the email forwarding fee and you know it. That is why I am calling it extortion.  Probably a bit severe and perhaps not illegal and so not extortion but pretty coercive nonetheless and it gives me a very poor opinion of your organization.

4.  I see a Joanna Ardalan registered at the California State Bar Association practicing in Newport Beach.  Bar licence nbr 285384.  Is that who I am dealing with?


Thank you


On Fri, Jun 9, 2023 at 2:32 PM Hello <hello@lawintegral.com> wrote:

Dear Walter,


I would like to sincerely apologize if there has been any misunderstanding regarding the fee mentioned. I want to clarify that this is not an extortion fee but rather a requirement from the attorney handling your case.


If your application had already been registered, you would not have been asked to pay this additional $100. However, since your application is still in the process of registration, the attorney needs to ensure that your application will not face any rejections and that it will be successfully registered without any obstacles.


I want to emphasize that I am not withholding any information from you intentionally. If it were within my power, I would gladly provide you with the requested code. However, I do not have access to it as I am the assigned Case Filing Manager, not the attorney. Joanna Ardalan is the attorney responsible for filing your application.


I hope this explanation clarifies any confusion or concerns you may have had.


Best Regards,

Scott

**From:** Miracle Woodworks [mailto:miraclegates22@gmail.com]
**Sent:** Friday, June 9, 2023 1:38 PM
**To:** Hello <hello@lawintegral.com>
**Subject:** Re: Request for Required Statement of Information Disclosure | Law Integral - Deputy Trademark

Dear Scott,

Thank you for your email.  I am not, however, asking you to make any addition to the classification of my trademark.  As you know, that is entirely unnecessary.  I am simply asking you to forward me the email that was sent to you by Amazon and to cc the amazon address given in that forwarding.  Amazon requires this step to be certain of the legitimacy of the Trademark Correspondant, you.  They have no need of any additional classification to my trademark.

If you are saying you want $100 to click a button and fill in two addresses (one mine and one Amazon's) then fine.  I have no choice and will pay (what is quite clearly) an extortion fee.

Please tell me how I pay you the $100 extortion fee.  Also, you mention that you are an attorney in your first email.  Can you please tell me which state bar you are licenced at?

Thank you

Walter Ekins

On Fri, Jun 9, 2023 at 8:57 AM Hello <hello@lawintegral.com> wrote:

> Hello Walter,
>
> I hope this email finds you well!
>
> It is to Inform you regarding the fees for Amazon Verification code which is $100 per class.

As you have paid for just one classification, The total amount for the Amazon Brand Registry will be $100.

Once the fee has been paid, the paralegal will be sending the verification code to your email address.

Best Regards,

Scott

**From:** Miracle Woodworks [mailto:miraclegates22@gmail.com]
**Sent:** Friday, June 9, 2023 12:00 AM
**To:** Hello <hello@lawintegral.com>
**Subject:** Re: Request for Required Statement of Information Disclosure | Law Integral - Deputy Trademark

Hello Scott,

I received this from Amazon and I am requesting your help.  They said in their email that they sent the Verification code to the address on the USPTO form that you filed. That address was  info@brandregistration.org.  I have written that address but have not received a response.  I need to get that verification code that was sent to you.  Below is the excerpt from the Amazon Letter.

*"We've provided a verification code to the public contact listed on the agency website where the trademark for MIRACLE Woodworks LLC is registered.*
*Case ID:* ▮▮▮▮▮▮▮▮
*Brand name: MIRACLE Woodworks LLC*
*To receive the verification code, contact the trademark correspondent. In addition, the trademark correspondent is required to confirm with Brand Registry once they've shared the code with you.*
*The verification code, along with confirmation from the trademark correspondent, will verify that you're approved to enroll MIRACLE Woodworks LLC in Brand Registry.""*

Would you please be so kind as to forward to me the verification code that Amazon has sent you and CC it to merch.service05@amazon.com.

Thank you kindly

On Wed, May 31, 2023 at 1:25 PM Hello <hello@lawintegral.com> wrote:

Dear Walter,

Thank you for your response.

I apologize for any confusion caused. To clarify, there is no requirement for another trademark. The mention of "Second Classification" was in reference to Classification 035, which allows clients to conduct business through any online or physical platform. It was optional for you to file under this classification, and it does not pose a problem if you choose not to.

Regarding Section 1(A), this pertains to businesses that are currently operational. In this case, you will need to provide five specimens that demonstrate the use of the mark, serving as proof of the business's existence.

On the other hand, Section 1(B) is applicable when the business is yet to commence operations and denotes an intent to use the mark.

I have also attached a screenshot of the USPTO Fee Structure website for your reference.

If you need to contact the USPTO, please be aware that their representative will respond to you. However, they do not have direct access to your application. Only the attorney who filed your application has access to it.

Please feel free to reach out to me at (858) 293-4563 if you have any further questions or

concerns.

Best Regards,

Scott

--

Walter Ekins

Miracle Woodworks LLC

*"If it's a beautiful piece - it's a Miracle"*

**p:** 1-778-872-4072

**e:** miraclegates22@gmail.com, walter@miraclewoodworks.com

**w:** https://www.miraclewoodworks.com

--

Walter Ekins

Miracle Woodworks LLC

*"If it's a beautiful piece - it's a Miracle"*

**p:** 1-778-872-4072

**e:** miraclegates22@gmail.com, walter@miraclewoodworks.com

**w:** https://www.miraclewoodworks.com

--

Walter Ekins

Miracle Woodworks LLC

*"If it's a beautiful piece - it's a Miracle"*

**p:** 1-778-872-4072

**e:** miraclegates22@gmail.com, walter@miraclewoodworks.com

**w:** https://www.miraclewoodworks.com

--
Walter Ekins
Miracle Woodworks LLC

*"If it's a beautiful piece - it's a Miracle"*

**p:** 1-778-872-4072
**e:** miraclegates22@gmail.com, walter@miraclewoodworks.com
**w:** https://www.miraclewoodworks.com

--
Walter Ekins
Miracle Woodworks LLC

*"If it's a beautiful piece - it's a Miracle"*

**p:** 1-778-872-4072
**e:** miraclegates22@gmail.com, walter@miraclewoodworks.com
**w:** https://www.miraclewoodworks.com

# EXHIBIT D

By chatting and providing personal info, you understand and agree to our Terms of Service and Privacy Policy.   ×

 *Intellectual Property Law*

How it works    Login    Contact Us

Intellectual property law questions? Ask a lawyer

Ask an Expert  >  Ask a Lawyer  >  Intellectual Property Law

# I spent almost $7,000 paying a company to trademark my

I spent almost $7,000 paying a company to trademark my company's name in all 50 states under four classifications. All they did was file under one classification which was 035 and barely defined anything that I told them I have all the text messages the company's name is ***** *****

**Lawyer's Assistant:** Is the trademark federally registered?

Yes I think so

**Lawyer's Assistant:** Have you talked to a lawyer? What documentation do you have?

They pretty much sent me documents every time we did any business this involves deputy trademark. Law integral the supposed law firm and then one more company

**Lawyer's Assistant:** Is there anything else the Lawyer should know before I connect you? Rest assured that they'll be able to help you.

I do have a lot of documents through emails. My problem is they haven't done what they said they were going to there's actually another review online stayed in the same problem this company is committing fraud and I need to what I need to do

Share this conversation   (f) (y) (in)



Roxane P. Esq.
2 Satisfied Customers
Expert

Ask Roxane P. Esq. your Intellectual Property Law question here...

Roxane P. Esq. is online now      **Continue**



Welcome! How can I help with your intellectual property question?



Answered in 7 minutes by:                                          6/8/2023

**IP Lawyer: Roxane P. Esq.**

**Roxane P. Esq.**                                      ✅ Verified
**Category:** Intellectual Property Law
**Satisfied Customers:** 2
**Experience:** Expert

Hello and welcome to Just Answer. My name is ***** ***** I'm a lawyer who's going to help you with your question. Did you address your question to the lawyer or firm that was helping you with the trademark registration and can you send me your engagement letter with them? What state are they located in?

[ Ask Your Own Intellectual Property Law Question ]

Customer attachment 6/8/2023 5:10:28 PM

[ Confidential ]

The company's name is ***** *****
Does a lawyer named Maverick Thompson

**IP Lawyer: Roxane P. Esq.**

I don't know the firm or lawyer. Can you send me the engagement letter from the firm/lawyer?

[ Ask Your Own Intellectual Property Law Question ]

Does the lawyer named Maverick Thompson who supposedly works for them and then there's another lawyer named Michelle Sprague supposedly works for a company called law integral
I originally used deputy trademark to file the application it's currently live in the system but it's only registered under 035 when I paid them almost $7,000 for like four or five classifications.
a little bit of time passes and I receive a cease and desist order for my company name that I'm seeking to trademark with the party claiming that they are also trying to trademark that company name and then just adding three extra letters on to it and that somehow I'm infringing on there rights

I panic call the people who originally filed the trademark he puts me in contact with his lawyer law integral
AKA Michelle Sprague
she supposedly goes to this whole process of kicking their application out of the system and stopping them
from infringing on my trademark which is already filed first. This whole process cost me $10,000
But I suspect that the original cease and desist order that came from this supposed company was them all
alone and that deputy trademark and law Integral are the same company. And are scamming people. Which
is why I was able to find a complete review online just recently that looks exactly like what happened to me
https://www.worldtrademarkreview.com/data/wtr-investigation-exclusives/article/anatomy-of-trademark-scam-victim-speaks-out-tactics-of-low-cost-filing-platform
I can send you the engagement letter from Maverick Thompson do you have an email

**IP Lawyer: Roxane P. Esq.**

You can upload the document here by clicking on the paperclip icon.

Ask Your Own Intellectual Property Law Question

Customer attachment 6/8/2023 5:35:27 PM


Confidential

Customer attachment 6/8/2023 5:35:32 PM


Confidential

**IP Lawyer: Roxane P. Esq.**

I'd like to see the Engagement Letter and any invoices from the firm. How is Michelle Sprague involved?

Ask Your Own Intellectual Property Law Question

Maverick Thompson works for deputy trademark
When I received a cease and desist letter from some other company I immediately contact the company
who originally filed my trademark they put me in contact with law integral AKA lawyer representative
Michelle

**IP Lawyer: Roxane P. Esq.**

So Michelle Sprague filed the original trademark and Maverick Thompson is helping you with the Cease &
Desist?

Ask Your Own Intellectual Property Law Question

Maverick Thompson filed the original trademark
Michelle is their lawyer that they put us in contact with when I received the cease and desist order

**IP Lawyer: Roxane P. Esq.**

Ok, I need to review the Engagement Letter and invoices. Let me take a look at those before proceeding.
Thank you.

Ask Your Own Intellectual Property Law Question

Customer attachment 6/8/2023 5:46:24 PM



Customer attachment 6/8/2023 5:46:29 PM

Customer attachment 6/8/2023 5:52:03 PM



Customer attachment 6/8/2023 5:52:07 PM



Customer attachment 6/8/2023 5:52:09 PM



**IP Lawyer:** Roxane P. Esq.

You could be right. I used my resources to find both Maverick Thompson and Michelle Sprague. I'm licensed in Texas (and other several other states) so I have access to some resources for registered attorneys. She is not licensed in Texas but Law Integral is based in Dallas. Same with Maverick Thompson -- I can't seem to locate him. Your next step might be to file a complaint with the Texas and California Bars. I'm going to check a few more things and will get back to you shortly.

Also: (1) how did you find Maverick Thompson; and (2) why did Maverick Thompson send you to Michelle? Have you ever spoken with with either of them on the phone (or people representing themselves as those individuals) and have you ever met in person with either?

Will get back to you shortly.

[ Ask Your Own Intellectual Property Law Question ]

**IP Lawyer:** Roxane P. Esq.

Hello again -- I suggest you file a complaint with the California Bar and Attorney General Consumer Fraud regarding Deputy Trademark and Maverick Thompson and same for Law Integral and Michelle Sprague in Texas. Here are some links to help you:

https://oag.ca.gov/contact/consumer-complaint-against-business-or-company (California Consumer Complaint)

https://www.calbar.ca.gov/Public/Complaints-Claims (California Bar)

https://www.texasattorneygeneral.gov/consumer-

(Texas Consumer Complaints -- YOU WILL NEED TO COPY AND PASTE THIS LINK IN YOUR
BROWSER)
cdc.texasbar.com or call 1-***-***-**** (Texas Bar)
Does this help? Can I answer any further questions you may have?

Ask Your Own Intellectual Property Law Question

Customer attachment 6/9/2023 12:31:11 AM


Confidential

 **IP Lawyer:** **Roxane P. Esq.**

This is so interesting because on the Integral Law website, it says that Michelle is a licensed attorney.

Ask Your Own Intellectual Property Law Question

See this is what I mean obviously there's something not right I think that deputy trademark and law integral
and one more business are all the same one which means that third business is the one that sends the
cease and assist orders claiming that they're trying to trademark your company name which causes you to
have to spend $10,000 to challenge it

 **IP Lawyer:** **Roxane P. Esq.**

"Michelle SpragueEntrepreneur in High-Tech Business, Co-founder of Law Integral, U.S. Licensed Patent
Agent International Trademark Agent In Trademark Business since **2008 Michelle Sprague is licensed to
practice law in United States.**"
https://lawintegral.com/contact-us/ . . . and Maverick was associated with deputytrademark.com out of San
Francisco. They are giving you a completely different story now. I recommend you no longer interact with
them but file a complaint with the California and Texas AG Offices (info above) AND also call the California
and Texas bars at the website & number I provided above.
I think you're right - the best thing to do right now is to report to the places I identified above. They can help
you.

Ask Your Own Intellectual Property Law Question

what I do about all the money that I sent into this do I just file the complaint and let it be
That's screenshot I sent you that shows that they're supposed to be at least four to five categories
trademark proves that they are lying because on the official USPTO website it only shows class 035 that's
Liv

Customer attachment 6/9/2023 12:54:38 AM


Confidential

 **IP Lawyer:** **Roxane P. Esq.**

You could try to sue them but I don't think you're going to get very far with that since it will cost far more to
sue them than the $10,000 you've already spent. The best route for getting your money back is to report
them to all the places I listed above. You could also try to sue them at the same time but my guess is you
won't find them or get the money back.
By the way, the so-called disclosure on the Integral Law website is not legally compliant:
"Disclaimer -- Michelle Sprague is **licensed to practice law in United States**. Nothing in this website
should be taken as engaging, or offering to engage, in any activities in any jurisdiction where those activities
would constitute the unauthorized practice of law or would otherwise be unlawful or improper. The materials

and information appearing on this Website are provided for informational purposes only, do not constitute legal advice, and should not be considered legal advice. You should not take action based on this information without consulting an attorney who is licensed in your state or jurisdiction. Your visit to this site does not create an attorney-client relationship with you and any of our attorneys."

Every state required lawyers to disclose which state(s) they are licensed in.

I would be surprised if they are even located at the Dallas address they listed. Please contact those agencies tomorrow if you can. The sooner the better.

*requires

Ask Your Own Intellectual Property Law Question

---

ok

---

**IP Lawyer:** Roxane P. Esq.

I'm so sorry this happened to you. All state bars have a State Bar webpage on which you can find a "For the Public" or "Find a Lawyer" tab. Please use that resource going forward.

Ask Your Own Intellectual Property Law Question

---

**IP Lawyer:** Roxane P. Esq.

Is there anything further I can help you with?

Ask Your Own Intellectual Property Law Question

---

No it's interesting that you can't take any legal action against the company like this does it by any chance show what their business is registered as
What I'm looking for is to find out who actually owns the business

---

https://apps.calbar.ca.gov/attorney/Licensee/Detail/285384

---

Customer attachment 6/9/2023 6:08:00 PM



Confidential

---

But it says right on your website that you're not a part of the State bar of California so if I was to look you up would you come up and if so do you have a link so I can look it up

---

Is there a website that I can use to look up attorneys

---

**IP Lawyer:** Roxane P. Esq.

Is that last comment and questions directed to me or did you mean for that to go to Joanna Ardalan, the lawyer you were texting with from the trademark business?

Ask Your Own Intellectual Property Law Question

---

Good morning no I think this one was directed at you

---

**IP Lawyer:** Roxane P. Esq.

I'm sorry, I don't understand the question. I gave you the California Bar website file a complaint regarding Deputy Trademark possibly holding themselves out as a lawyer. While certain legal professionals who are

not licenses as attorneys may assist clients with limited legal matters, Maverick Thomspon might have exceeded the scope of his permissible activities. Additionally, there could be fraud involved since he was represented to be in California and later as a junior associate (implying he is a lawyer) in Michelle Sprague's office. However, Michelle Sprague is (mis-)represented to be a license attorney who is in Dallas, Texas. That is why I gave you the Texas Bar contact information.

Therefore, I do not understand what my licensure status in California has to do with it. Can you help me, please, to understand your question and/or concern?

> Ask Your Own Intellectual Property Law Question



**IP Lawyer: Roxane P. Esq.**

To answer your question about a website to look up lawyers, here are the link for Texas and California:
https://apps.calbar.ca.gov/attorney/LicenseeSearch/QuickSearch#:~:text=The%20State%20Bar%20encoura ges%20those%20information%20to%20complement%20this%20information
https://www.texasbar.com/AM/Template.cfm?
Section=Find_A_Lawyer&Template=/CustomSource/MemberDirectory/Search_Form_Client_Main.cfm
Since lawyers are licensed by state, there's no national registry; you'd have to check each state's bar website, which has a listing of attorneys licensed in their states.

> Ask Your Own Intellectual Property Law Question

Ok thank you so much
I'm not questioning your license that text was sent to you by mistake



**IP Lawyer: Roxane P. Esq.**

haha - I didn't think you were! I just didn't understand the question. Thanks for clarifying.
Based on the information you have provided, I can only provide an answer which is general in nature. I would advise you contacting the Attorney General - Consumer Protection Divisions AND the State Bars for both California and Texas.
If you have any questions or need me to clarify anything, please reply with the information I requested, and we can go into deeper detail at that time. Thank you again for trusting JustAnswer with your question.

> Ask Your Own Intellectual Property Law Question

Thank you. Also they're claiming that someone named Joanna is the head IP attorney and I looked her up on the website and she pops right up #285384.

Customer attachment 6/10/2023 6:34:28 PM


Confidential

Share this conversation    

## Related Intellectual Property Law Questions

**I need a trademark attorney to give me advice. I'd like to**

★★★★★

I need a trademark attorney to give me advice. I'd like to use the phrase "Home Goods" (with whitespace) in an eCommerce Business Name, e.g. "Hannah Christine Home Goods" (as a business name or DBA). … read more


**Lori**
Juris Doctor
18,462 satisfied customers

**I'm trying to trademark an acronym. I see a few different**

★★★★★

I'm trying to trademark an acronym. I see a few different people trademarked the 4 letter acronym in the USPTO gov database. Do I reserve the right to trademark the 4 letters if the letters stand for … read more


**Albert Chou, Esq.**
Patent Attorney
JD
11 satisfied customers

**Looking to understand more about a company name I would like**

looking to understand more about a company name I would like to trademark and the probability of it happening since its a bit similar to other company names … read more


**JKEsq**
Managing Firm Partner
21,349 satisfied customers

### Second opinion] If I intend to file a trademark application

★★★★★

second opinion] If I intend to file a trademark application can I define my services as classes in tailoring, embroidery, quilting, and general sewing, even though originally I just had classes in qui... read more



**socrateaser**
37,075 satisfied customers

### I'm looking to start a company that makes cereal bars. I

★★★★★

Second opinion] Hi, I'm looking to start a company that makes cereal bars. I want to trademark a brand name with the USPTO in Class 30 (specifically under "cereal based snack bars", "grain based food ... read more



**Thomas Swartz**
Lawyer
Juris Doctor
474 satisfied customers

### When choosing a certain class for filing a trademark, do I

★★★★★

When choosing a certain class for filing a trademark, do I get the rights for all the products and services under that class? ... read more



**Robert McEwen, Esq.**
Lawyer
Doctoral Degree
1,083 satisfied customers

### I have a trademark question. I provided the info, but then

★★★★★

Hi, I have a trademark question. I provided the info, but then my phone died when you directed me to the signup page. I'm now on my desktop. ... read more



**Lori**
Juris Doctor
18,462 satisfied customers

### I want to trademark a name. The name itself isn't TM But

★★★★★

Hi I want to trademark a name. The name itself isn't TM But there is a company with that name. Let me send you a screenshot ... read more



**JKEsq**
Managing Firm Partner
21,349 satisfied customers

### We have a question about a trademark. We want to federally

★★★★★

We want to federally register a trademark that is similar to one already registered. ... read more



**Robert McEwen, Esq.**
Lawyer
Doctoral Degree
1,083 satisfied customers

### I'm doing in-depth research on international music piracy.

★★★★★

I'm doing in-depth research on international music piracy. My question is about possible piracy in live music. There's a lot of information about recorded music piracy, and about those exploiting arti... read more



**Attorney Matt**
Attorney
Doctoral Degree
18,898 satisfied customers

### I am planning on building a solar backpack like this one It

★★★★★

I am planning on building a solar backpack like this one http://www.voltaicsystems.com/offgrid It is a bag and also a solar charger and I want to trademark the name. In general when you have a product... read more



**Thomas Swartz**
Lawyer
Juris Doctor
474 satisfied customers

### I own the domain hotscope.com. I put up a best of a web directory

★★★★★

I own the domain hotscope.com. I put up a best of a web directory called hotscope in 2002. I didn't finish it and stopped using the domain because I found out that a company in Japan trademarked the n... read more



**BiziPEsq.**
Employment Technology & Business Lawyer
Doctoral Degree
375 satisfied customers

Show more

DISCLAIMER: Answers from Experts   Show Less

DISCLAIMER: Answers from Experts on JustAnswer are not substitutes for the advice of an attorney. JustAnswer is a public forum and questions and responses are not private or confidential or protected by the attorney-client privilege. The Expert above is not your attorney, and the response above is not legal advice. You should not read this response to propose specific action or address specific circumstances, but only to give you a sense of general principles of law that might affect the situation you describe. Application of these general principles to particular circumstances must be done by a lawyer who has spoken with you in confidence, learned all relevant information, and explored various options. Before acting on these general principles, you should hire a lawyer licensed to practice law in the jurisdiction to which your question pertains.

The responses above are from individual Experts, not JustAnswer. The site and services are provided "as is". To view the verified credential of an Expert, click on the "Verified" symbol in the Expert's profile. This site is not for emergency questions which should be directed immediately by telephone or in-person to qualified professionals. Please carefully read the Terms of Service.

**JustAnswer in the News**






**What Customers are Saying**

Mr. Kaplun clearly had an exceptional understanding of the issue and was able to explain it concisely. I would recommend JustAnswer to anyone. Great service that lives up to its promises!

**Gary B.**
Edmond, OK

< Previous | Next >

**Meet the Experts**



**Robert McEwen, Esq.**
Lawyer
1,083 satisfied customers

★★★★★

Licensed Texas General Practice Attorney

< Previous | Next >


★★★★★ 4.9


TrustScore 4.2

## Why you'll love JustAnswer

JustAnswer is the best way to get expertise on-demand from doctors, lawyers, vets, mechanics and more.



Since 2003, we've helped more than 9 million people in 196 countries and have an A+ rating with BBB and a 9.6/10 rating with TrustPilot.



## Highly-rated, verified Experts

We pride ourselves in our 8-step expert quality process including license and credential checks. Vetted by us and rated by customers, like you.

## Fast and responsive, 24/7

Need a vet in the middle of the night? Done. You'll get issues resolved, often in minutes.



"I had a resolution within 15 minutes"

— Erin, JustAnswer customer





## Save time and money

Your time is valuable. No more waiting rooms or exorbitant hourly fees.

I have asked several questions to different professionals. I have received well-explained, supported answers. I am very pleased with this resource and it is well worth the membership!

**Allison**, USA

Rated: ★★★★★

● ○ ○

JustAnswer in the news:   CNN   NBC   FOX   TODAY   The New York Times   WSJ

EXCELENT RATINGS

 Google
★★★★★ 4.9

VERIFIED & SECURE

 BBB ACCREDITED BUSINESS   A+    Norton powered by digicert   DMCA PROTECTED

FREE EXPERT TIPS & ARTICLES

How to stay warm and save money
By Robyn

Winterizing your home the right way
By Carolyn Hauck

Will winterizing lower my heating bills?
By Jessica Klimczak

See More in Our Blog

USING JUSTANSWER

Ask a Question
Meet the Experts
Other Countries ▲

CUSTOMER CARE

Contact Us
Help FAQs
The JustAnswer Promise
Login
Register

GET TO KNOW US

About JustAnswer
How It Works
Press Room

JOIN US

Careers
Become an Expert
Become an Affiliate
Refer an Expert

STAY CONNECTED

© 2003-2023 JustAnswer LLC. All rights reserved.   Privacy Policy   Terms of Service   Contact Us   Sitemap

# EXHIBIT E

## Jo Ardalan

| | |
|---|---|
| **From:** | robbyloc@yahoo.com |
| **Sent:** | Wednesday, July 5, 2023 12:52 PM |
| **To:** | Jo Ardalan |
| **Subject:** | Fw: Cease & Desist Letter - Trademark Infringement - Urgent Action Required |
| **Attachments:** | Jack Russel  Serial_number.pdf; Cease and Desist Jack Russell Great White.pdf |

Here's the Cease and Desist the fake Joanna sent and signed.

----- Forwarded Message -----
**From:** Joanna <joanna@lawintegral.com>
**To:** "tommyblazeentertainment@gmail.com" <tommyblazeentertainment@gmail.com>
**Cc:** "robbyloc@yahoo.com" <robbyloc@yahoo.com>; "info@trademarkintegral.com" <info@trademarkintegral.com>
**Sent:** Monday, June 19, 2023 at 12:27:38 PM PDT
**Subject:** Cease & Desist Letter - Trademark Infringement - Urgent Action Required

**Jennifer Golan and Mark Raymond Cruz,**

I hope this email finds you well. I am writing to address a matter of utmost importance regarding the unauthorized use of intellectual property belonging to "**Jack Russell's Great White**".

Jack Russel is the rightful owner of the trademark **"Jack Russell's Great White"** and possesses full legal authority to enforce and protect the mark, ensuring 100% ownership rights.

It has come to our attention that you have been engaging in activities that infringe upon our trademark rights and intellectual property. We hereby demand that you immediately cease and desist all unauthorized use of **Jack Russell's Great White.**

This letter serves as a formal notice of our intent to protect our intellectual property rights. We consider the actions you have taken as a direct violation of applicable laws and regulations. Continued use of our trademark without proper authorization may result in legal consequences and financial liabilities.

We kindly request that you respond to this email within 10 business days confirming your compliance with our demands. Failure to do so will leave us with no choice but to pursue all available legal remedies to protect our rights and seek appropriate damages.

1

To avoid any further escalation of this matter, we strongly advise you to immediately cease all use of our trademark and any associated materials, including but not limited to **Jack Russell's Great White**. Please treat this matter with the utmost seriousness it deserves. We expect your prompt cooperation and compliance.

Should you have any questions or require further clarification regarding this cease and desist letter, please do not hesitate to contact us at (858) 533-1723.

We anticipate your full cooperation in resolving this matter swiftly and amicably.

Yours sincerely,

Thank you,

Joanna Ardalan



# EXHIBIT F

## Jo Ardalan

| | |
|---|---|
| **From:** | robbyloc@yahoo.com |
| **Sent:** | Wednesday, July 5, 2023 12:41 PM |
| **To:** | Jo Ardalan |
| **Subject:** | Fw: PETITION FOR CANCELLATION DOCUMENT - DEPUTY TRADEMARK |

----- Forwarded Message -----
**From:** Brian <brian@brianacree.com>
**To:** Robbyloc <robbyloc@yahoo.com>
**Sent:** Thursday, June 29, 2023 at 03:03:24 PM PDT
**Subject:** Re: Fw: PETITION FOR CANCELLATION DOCUMENT - DEPUTY TRADEMARK

Ok. I'll look at this tonight.  Can't believe they signed as an attorney.

On Jun 29, 2023 at 2:43 PM, <Robbyloc> wrote:

Here's what we received today from our person

----- Forwarded Message -----
**From:** Hello <hello@lawintegral.com>
**To:** "robbyloc@yahoo.com" <robbyloc@yahoo.com>
**Cc:** 'Heather Ann Swanney Kramer Russell' <heatherannrussell@hotmail.com>; 'Joanna' <joanna@lawintegral.com>; 'Info' <info@deputytrademark.com>
**Sent:** Thursday, June 29, 2023 at 02:26:47 PM PDT
**Subject:** PETITION FOR CANCELLATION DOCUMENT - DEPUTY TRADEMARK

Hello Robby, Jack and Heather,

Please find attached the petition for cancellation document. We anticipate the termination of the opponent's application within the next 24 hours.

Kind regards,

Joanna Ardalan | Senior IP Attorney



# EXHIBIT G2



**Trade Hub**
Solutions LLC

(415) 707-7196    GET UPTO 70% DISCOUNT

# Your Partner in Digital Advancement

Trade Hub Solutions LLC is a full-service digital firm that transforms driving enterprises into influential brands by providing business-oriented and customized mobile and online experiences.

**Starting From $45 Only**

GET A FREE QUOTE

(415) 707-7196

SERVICES      PORTFOLIO      ABOUT      CLIENTS

SERVICES

## World-class digital solutions

At Trade Hub Solutions LLC, we aim to elevate brands and build companies through innovative forward-thinking, fresh insights, and the best user-centric strategies.



### Web Development

Our professionals use up-to-date technologies and tools. As a result, we offer high-performance, and responsive website experiences so that your company can best excel.

SEE PRICING



### Brand Design

We guarantee that your audience is astonished by our brand-focused unique solutions, allowing you to boost brand awareness through our versatile designs and marketing strategies.

SEE PRICING



### Mobile Apps

For your mobile app, Trade Hub Solutions LLC provides enterprise-grade solutions. Our experts create highly engaging and result-oriented mobile applications that are perfect for your company.

SEE PRICING



### Video Production

Animation videos are an excellent technique to bring your ideas to life. We offer a wide range of services, including 2D/3D, explainer, whiteboard, typography and animation services.

SEE PRICING



### Writing

We provide complete ghostwriting services and all other related services. Our professional ghostwriters are skilled in various content genres, including book writing, publishing, etc.

SEE PRICING



### Trademark Registration

Registration only means proudly wearing your badge in the market. By getting trademark registration, you'll exclusively own your product and have its ownership graphically presented as well.

SEE PRICING

**PORTFOLIO**

# We make things you'll love

| ALL
UX/UI DESIGN
DEVELOPMENT
MOBILE APPS
STATIONERY











**ABOUT TRADE HUB SOLUTIONS LLC**

## A Digital Agency That Puts People First

We provide businesses with creative digital solutions to help them transition smoothly. We interact with consumers and provide services that help them expand their businesses. We're well-known for our ability to build award winning websites and also for helping businesses with effective digital solutions. We will uplift your company by providing premium and the best marketing solutions that will significantly impact your brand's reach. Trade Hub Solutions LLC assists customers to increase and develop their online presence. And also to improve their digital footprints by reviewing their existing marketing methods, recognizing corporate requirements, and targeting the appropriate demographics.

**CLIENTS**

## We worked with worlds leading brands

We build enterprise-grade digital solutions for industries.

*Amazing people to work with, and they delivered a high-quality mobile app for my business. The app was designed and developed by Trade Hub Solutions LLC, and we couldn't be happier with the results. I'm thrilled with the final result.*

- Jamaica Willis

**CONTACT**

## Get in touch

Address: 4357 LAGUARDIA LN APT 5201 FORT
WORTH TX 76155

Phone: (415) 707-7196

Email: info@tradehubsolutionsllc.com

**Get A Free Quote**

Full Name

Email

Phone

Additional Message

SUBMIT

All Rights Reserved © Trade Hub Solutions LLC
Terms & Conditions    |    Privacy Policy

# EXHIBIT G 1



**BINOTECH**

+1 (213) 641 0900    GET A QUOTE

# Your Partner in Digital Advancement

Binotech LLC is a full-service digital firm that transforms driving enterprises into influential brands by providing business-oriented and customized mobile and software solutions.

GET A QUOTE

+1 (213) 641 0900

SERVICES ▾     SOLUTIONS ▾     PORTFOLIO     ABOUT

SERVICES

## World-class digital solutions

At Binotech LLC, we aim to elevate brands and build companies through innovative forward-thinking, fresh insights, and the best user-centric strategies.



**Web Development**

Our professionals use up-to-date technologies and tools. As a result, we offer high-performance, and responsive website experiences so that your company can best excel.

SEE PRICING



**Brand Design**

We guarantee that your audience is astonished by our brand-focused unique solutions, allowing you to boost brand awareness through our versatile designs and marketing strategies.

SEE PRICING



**Mobile Apps**

For your mobile app, Binotech LLC provides enterprise-grade solutions. Our experts create highly engaging and result-oriented mobile applications that are perfect for your company.

SEE PRICING

VIEW MORE SERVICES

SOLUTIONS

## We Offer



**Accounting ERP System**

Binotech LLC offers an Accounting ERP system that automates your company's accounting procedures, enhancing productivity, ensuring compliance, and



**eCommerce ERP Systems**

Binotech LLC's ERP systems for eCommerce businesses allow you to synchronize sales with your back-office operations, resulting in smooth



**Education ERP Systems**

Managing a school involves overseeing administrative responsibilities, student instruction, admissions processes, financial management, and more.

**VIEW MORE**

**VIEW MORE**

**VIEW MORE**



### Real Estate ERP Systems

Our web-based property management software from Binotech LLC eliminates the need for downloads, with all upgrades automated. It enables mobile functionality for your workplace and adds accessibility via mobile devices.

**VIEW MORE**



### Software ERP Systems

A cloud-hosted ERP system from Binotech LLC manages all your financial and operational data. It provides real-time data insights across all departments, reduces manual processes like data entry and reconciliations, and integrates seamlessly with your existing tools and teams.

**VIEW MORE**

PORTFOLIO

# We make things you'll love

- ALL
- UX/UI DESIGN
- DEVELOPMENT
- MOBILE APPS
- STATIONERY



















ABOUT BINOTECH LLC

# A Digital Agency That Puts People First

We provide businesses with creative digital solutions to help them transition smoothly. We interact with consumers and provide services that help them expand their businesses. We're well-known for our ability to build award winning websites and also for helping businesses with effective digital solutions. We will uplift your company by providing premium and the best marketing solutions that will significantly impact your brand's reach. Binotech LLC assists customers to increase and develop their online presence. And also to improve their digital footprints by reviewing their existing marketing methods, recognizing corporate requirements, and targeting the appropriate demographics.



**CONTACT**

## Get in touch

Address: 2172 Lucy Ln, York, PA 17404, USA

Phone: +1 (213) 641 0900

Email: info@binotechllc.com

**Get A Quote**

Full Name

Email

Phone

Additional Message

SUBMIT

All Rights Reserved © Binotech LLC

Terms & Conditions    |    Privacy Policy



# EXHIBIT H



## BinoTech

Web Development I Brand Design I Mobile Apps I Video Production I Writing I Game Development

Graphic Design · York, PA · 1 follower · 11-50 employees

**+ Follow**

Home    **About**    Posts    Jobs    People

### Overview

A Digital Agency That Puts People First

We provide businesses with creative digital solutions to help them transition smoothly. We interact with consumers and provide services that help them expand their businesses. We're well-known for our ability to build award winning websites and also for helping businesses with effective digital solutions. We will uplift your company by providing premium and the best marketing solutions that will significantly impact your brand's reach. Binotech LLC assists customers to increase and develop their online presence. And also to improve their digital footprints by reviewing their existing marketing methods, recognizing corporate requirements, and targeting the appropriate demographics.

**Website**
https://www.binotechllc.com/

**Phone**
(415) 707-7196

**Industry**
Graphic Design

**Company size**
11-50 employees
1 associated member

**Specialties**
UX/UI DESIGN, DEVELOPMENT, MOBILE APPS, and STATIONERY

### Locations (1)

Primary

Headquarters
2172 Lucy Ln, York, PA 17404, USA, York, PA , 17404, US

Get directions




Ad

Posting is easy. Hiring is easier.

Post a free job

### Pages people also viewed

Enormous
Consumer Services
1,626 followers
**+ Follow**

CocoCart&Cafe
Retail
5,999 followers
**+ Follow**

Bombay Design Centre
Design Services
50,891 followers
**+ Follow**

### People also follow

Horton Legal Strategies PLLC
454 followers
1 school alum works here
**+ Follow**

Cohen Williams LLP
Law Practice
333 followers
Marc & 4 other connections follow this page
**+ Follow**

Sheppard Mullin Richter & Hampton LLP
Law Practice
19,210 followers
Graham & 45 other connections follow this page
**+ Follow**

Show all


See who's hiring on LinkedIn.

About                    Accessibility              Talent Solutions          Questions?                Select Language
Community Guidelines     Careers                    Marketing Solutions       Visit our Help Center.
Privacy & Terms          Ad Choices                 Advertising               Manage your account and privacy
Sales Solutions          Mobile                     Small Business            Go to your Settings.
Safety Center                                                                 Recommendation transparency
                                                                              Learn more about Recommended Content.

LinkedIn Corporation © 2024

Messaging