FILED
CLERK, U.S. DISTRICT COURT
09/30/2024
CENTRAL DISTRICT OF CALIFORNIA
BY_____DVE_____DEPUTY
DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Plaintiff: Joanna Ardalan, Esq., and One LLP**,

v.

**Defendants: [Hamza Khan & Abdullah Khan /BinoTech LLC, HikTech LLC & Abdullah Limited Company]**, Case No. Civil Action No. 8:23-cv-01243-K.K-(DFMx)

---

**ANSWER TO COMPLAINT**

**Defendants [Hamza Khan principal of BinoTech LLC and HikTech LLC & Abdullah Khan principals of Abdullah Limited Company],** as pro se representing themselves, here by answers the Complaint of Plaintiff Joanna Ardalan, Esq., and One LLP as follows:

---

**General Denial**

Defendant denies each and every allegation, statement, and claim contained in the Complaint unless specifically admitted in this Answer. Defendants are not involved in the business practice that is mentioned in alleged complaints.

---

**First Cause of Action: Infringement of the Right of Publicity (Common Law and Cal. Civil Code § 3344)**

Defendant denies the allegations in **Paragraph 44, 45, 46, 47, and 48** of the Complaint and further denies the allegations referenced from preceding paragraphs.

---

**Second Cause of Action: Unfair Competition Under California Business And Professions Code §§ 17200 et seq.**

Defendant denies the allegations in **Paragraph 49, 50, 51, 52, 53, 54, and 55** and denies all referenced prior paragraphs.

---

**Third Cause of Action: Unfair Competition Under California Common Law**

Defendant denies the allegations in **Paragraph 56, 57, 58, 59, and 60** and denies all referenced prior paragraphs.

---

**Fourth Cause of Action: Trademark Infringement Under 15 U.S.C. § 1114**

Defendant denies the allegations in **Paragraph 61, 62, 63, 64, 65, 66, 67, 68, 69, and 70** and denies all referenced prior paragraphs.

**Fifth Cause of Action: Trademark Counterfeiting Under 15 U.S.C. § 1116**

Defendant denies the allegations in **Paragraph 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, and 81** and denies all referenced prior paragraphs.

**Sixth Cause of Action: False Designation of Origin/Unfair Competition Under 15 U.S.C. § 1125(a)**

Defendant denies the allegations in **Paragraph 82, 83, 84, 85, 86, 87, and 88** and denies all referenced prior paragraphs.

**Prayer for Relief**

Wherefore, Defendant respectfully requests that the Court:

1. Remove BinoTech LLC, HikTech LLC & Abdullah limited company from this complaint.

**General Statements from the Defendants:**

Hiktech LLC, BinoTech LLC, and Abdullah Company Limited are legal entities formed in the State of Pennsylvania and are not associated with any parties that are mentioned in the complaint above. Any individual or entity other than Hamza Khan principals of Hiktech LLC, BinoTech LLC, and Abdullah Khan principal of Abdullah Company Limited claiming to be associated with address 2172 Lucy Lane, York, Pa mentioned in complaint are false. The Defendants believe their address and information has been stolen and are being used without their consent or approval. Hamza Khan principals of Hiktech LLC, BinoTech LLC, and Abdullah Khan principal of Abdullah Company Limited has met with plaintiff via video conference and provided legal documents that are submitted to State of Pennsylvania for the formation Hiktech LLC, BinoTech LLC, and Abdullah Company Limited. The documents are also attached in the submission, as well as identity proof of both individual Hamza Khan and Abdullah Khan and their address.

BinoTech LLC, HikTech LLC & Abdullah Limited Company are small businesses and are not in the business that has been mentioned in the complaint. We believe we have been included in this complaint as a mistake and are trying to cooperate with the plaintiff in order to rectify this. Hamza Khan is a marketing professional working 40 hours a week and cannot afford the cost of this lawsuit and has no final resources to secure the legal help. Abdullah Khan is a full time student at Penn State and cannot afford to hire a legal help. We believe the court can provide us with relief in this matter.

_____

Hamza Khan / Principal of Bino Tech LLC and HikTech LLC


_____

Abdullah Khan / Principal of Abdullah Limited Company





# Articles of Organization

A set of formal documents filed with the Secretary of State to legally document the creation of a new business entity.







**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
PO Box 8722 | Harrisburg, PA 17105-8722
T: 717.787.1057
dos.pa.gov/BusinessCharities

December 29, 2023

ABDULLAH LIMITED COMPANY
2172 LUCY LN
YORK, PA  17404

| | |
|---|---|
| **Entity Name:** | ABDULLAH LIMITED COMPANY |
| **Entity File Date:** | December 26, 2023 |
| **Entity Number:** | 0013689006 |
| **Filing Type:** | Domestic Limited Liability Company |

The Bureau of Corporations and Charitable Organizations is happy to send your filed document. The Bureau is here to serve you and we would like to thank you for doing business in Pennsylvania.

Thank you for registering with the Department of State to do business in Pennsylvania. Like many other businesses, you may have employees, sell taxable products, or provide a taxable service to consumers in Pennsylvania. Please visit www.pa100.state.pa.us to register for business taxes with the Department of Revenue and the Department of Labor and Industry. You may also visit www.Business.pa.gov to find resources for businesses through all stages of development.

Beginning in 2025, annual reports are required for all domestic filing entities, limited liability general partnerships and registered foreign associations. More information will be forthcoming from the Bureau. However, to ensure that you receive notice of how and when to make annual reports, keep all information on file with the Bureau up-to-date, particularly registered office address.



**COMMONWEALTH OF PENNSYLVANIA**
*Department of State*
*Bureau of Corporations and Charitable Organizations*
PO Box 8722
Harrisburg, Pennsylvania 17105-8722
**CERTIFICATE OF ORGANIZATION - LIMITED LIABILITY COMPANY**
Fee: $125

**Pennsylvania Department of State**

**-FILED-**

File #: 0013689006
Date Filed: 12/26/2023

---

### DSCB:15-8821 (rev. 2/2017)

In compliance with the requirements of 15 Pa.C.S. § 8821 relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

**Limited Liability Company Type**
Filing type — Domestic Limited Liability Company
Limited liability company subtype — Limited Liability Company

**Limited Liability Company Name**
Entity name — ABDULLAH LIMITED COMPANY

**Effective Date**
The filing shall be effective when filed with the Department of State

**Registered Office**
The address of this limited liability company's proposed registered office in this Commonwealth is
2172 LUCY LN
YORK, PA 17404

YORK

**Organizers**

| Name of individual or organization | Address |
|---|---|
| ABDULLAH KHAN | 2172 LUCY LN<br>YORK, PA 17404 |

**Additional provisions, if any**
Additional provisions

☐ I qualify for a veteran/reservist-owned small business fee exemption (see help)

**Electronic Signature**
IN TESTIMONY WHEREOF, the organizer(s) has (have) executed this Certificate of Organization.

*ABDULLAH KHAN*                    *12/26/2023*
ABDULLAH KHAN                       Date

Entity#: 7279894
Date Filed: 05/11/2021
Pennsylvania Department of State

# PENNSYLVANIA DEPARTMENT OF STATE
## BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS

☐ Return document by mail to:

CESAR A MUNOZ
*Name*

306 W MARKET,
*Address*

YORK174         PA           17401
*City*          *State*      *Zip Code*

☐ Return document by email to: _____

**Certificate of Organization Domestic Limited Liability Company**
DSCB:15-8821(rev. 2/2017)

8821

Read all instructions prior to completing. This form may be submitted online at https://www.corporations.pa.gov/.

**Fee: $125.00**     ☐ I qualify for a veteran/reservist-owned small business fee exemption (see instructions)

In compliance with the requirements of 15 Pa.C.S. § 8821 (relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

1. The name of the limited liability company (designator is required, i.e., "company", "limited" or "limited liability company" or abbreviation):
   **Binotech LLC**

2. *Complete part (a) or (b) – not both:*

   (a) The address of the limited liability company's initial registered office in this Commonwealth is:
   *(post office box alone is not acceptable)*

   | 2172 Lucy Lane | YORK | PA | 17404 | York |
   |---|---|---|---|---|
   | Number and Street | City | State | Zip | County |

   (b) name of its commercial registered office provider and the county of venue is:

   c/o: _____
   Name of Commercial Registered Office Provider          County

3. The name of each organizer is (all organizers must sign on page 2):

   | Name | Address |
   |---|---|
   | Hamza khan | 2172 Lucy Lane , YORK , York , PA , United States , 17404 |

4. Effective date of Certificate of Organization (check, and if appropriate complete, one of the following):

   [X] The Certification of organization shall be effective upon filing in the Dept of State.

   ☐ The Certification of organization shall be effective on: _____  at _____
                                                       Date(MM/DD/YYYY)   Hour (if any)

PENN File: May 11, 2021

5. **Restricted professional companies only.**

   *Check the box if the limited liability company is organized to render a restricted professional service and check the type of restricted professional service(s).*

   ☐ The company is a restricted professional company organized to render the following restricted professional service(s):

   ☐ Chiropractic
   ☐ Dentistry
   ☐ Law
   ☐ Medicine and surgery
   ☐ Optometry
   ☐ Osteopathic medicine and surgery
   ☐ Podiatric medicine
   ☐ Public accounting
   ☐ Psychology
   ☐ Veterinary medicine

6. **Benefit companies only.**

   *Check the box immediately below if the limited liability company is organized as a benefit company:*

   ☐ This limited liability company shall have the purpose of creating general public benefit

   Optional specific public benefit purpose. *Check the box immediately below if the benefit company is organized to have one or more specific public benefits and supply the specific public benefit(s).*
   *See instructions for examples of specific public benefit.*

   ☐ This limited liability company shall have the purpose of creating the enumerated specific public benefit(s):

   _____
   _____
   _____

7. For additional provisions of the certificate, if any, attach an 8½ x 11 sheet.

IN TESTIMONY WHEREOF, the organizer(s) has (have) signed this Certificate of Organization this <u>11</u> day of <u>May</u>, <u>2021</u>.

**Hamza khan**
_____
**Signature**

Entity# : 7586224
Date Filed : 08/17/2022
Pennsylvania Department of State

**PENNSYLVANIA DEPARTMENT OF STATE**
**BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS**

☐ Return document by mail to:

| | |
|---|---|
| CESAR A MUNOZ | |
| Name | |
| 306 W MARKET, | |
| Address | |
| YORK174 | PA | 17401 |
| City | State | Zip Code |

☐ Return document by email to: _____

**Certificate of Organization Domestic Limited Liability Company**
DSCB:15-8821(rev. 2/2017)

|||||||||
8821

Read all instructions prior to completing. This form may be submitted online at https://www.corporations.pa.gov/.

**Fee: $125.00**   ☐ I qualify for a veteran/reservist-owned small business fee exemption (see instructions)

In compliance with the requirements of 15 Pa.C.S. § 8821 (relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

1. The name of the limited liability company (designator is required, i.e., "company", "limited" or "limited liability company" or abbreviation):
   **HIK Tech LLC**

2. *Complete part (a) or (b) – not both:*

   (a) The address of the limited liability company's initial registered office in this Commonwealth is:
   *(post office box alone is not acceptable)*

   | 2172 LUCY LN | YORK | PA | 17402 | York |
   |---|---|---|---|---|
   | Number and Street | City | State | Zip | County |

   (b) name of its commercial registered office provider and the county of venue is:

   c/o: _____

   | Name of Commercial Registered Office Provider | County |
   |---|---|

3. The name of each organizer is (all organizers must sign on page 2):

   | Name | Address |
   |---|---|
   | HAMZA KHAN | 2172 LUCY LN , YORK , York , PA , United States , 17402 |

4. Effective date of Certificate of Organization (check, and if appropriate complete, one of the following):

   [X] The Certification of organization shall be effective upon filing in the Dept of State.

   ☐ The Certification of organization shall be effective on: _____ at _____
                                                            Date(MM/DD/YYYY)      Hour (if any)

PENN File: August 17, 2022

5. **Restricted professional companies only.**

   *Check the box if the limited liability company is organized to render a restricted professional service and check the type of restricted professional service(s).*

   ☐ The company is a restricted professional company organized to render the following restricted professional service(s):

   ☐ Chiropractic
   ☐ Dentistry
   ☐ Law
   ☐ Medicine and surgery
   ☐ Optometry
   ☐ Osteopathic medicine and surgery
   ☐ Podiatric medicine
   ☐ Public accounting
   ☐ Psychology
   ☐ Veterinary medicine

6. **Benefit companies only.**

   *Check the box immediately below if the limited liability company is organized as a benefit company:*

   ☐ This limited liability company shall have the purpose of creating general public benefit

   Optional specific public benefit purpose. *Check the box immediately below if the benefit company is organized to have one or more specific public benefits and supply the specific public benefit(s). See instructions for examples of specific public benefit.*

   ☐ This limited liability company shall have the purpose of creating the enumerated specific public benefit(s):

   _____
   _____
   _____

7. For additional provisions of the certificate, if any, attach an 8½ x 11 sheet.

   IN TESTIMONY WHEREOF, the organizer(s) has (have) signed this Certificate of Organization this <u>16</u> day of <u>August</u>, <u>2022</u>.

                                                           <u>HAMZA KHAN</u>
                                                              **Signature**