Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
ONE LLP
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile: (949) 258-5081

*Attorneys for Plaintiffs,*
Joanna Ardalan, Esq. and One LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA ARDALAN, ESQ, an individual; ONE LLP, a California Limited Liability Partnership,<br><br>Plaintiff,<br><br>v.<br><br>BINOTECH LLC,; KAREN MUMMERT; MICHAEL MUMMERT; ABDULLAH LIMITED COMPANY, CODERS CUBE LLC, HIK TECH LLC, DATA PATCH, INC., DOE 1, d.b.a LAW INTEGRAL, LLC, business entity unknown; DOE 2, d.b.a DEPUTY TRADEMARK. business entity unknown; DOE 3, p.k.a MICHELLE SPRAGUE, an individual; DOE 4, d.b.a TRADEMARK INTEGRAL, business entity unknown; DOE 5, d.b.a BRANDREGISTRATION.ORG, business entity unknown; and DOES 6 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-01243-KK-(DFMx)<br>Hon. Kenly Kiya Kato<br><br>**DECLARATION OF JOANNA ARDALAN IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER GRANTING EARLY DISCOVERY TO SERVE SUBPOENA ON JP MORGAN CHASE BANK AND COMMUNITY FEDERAL SAVINGS BANK** |

**DECLARATION OF JOANNA ARDALAN ISO EX PARTE APPLICATION**

1    I, Joanna Ardalan, am a party in the above captioned action and am a partner
2    at the law firm One LLP. I have personal knowledge of the facts stated below and if
3    called to testify I could and would testify as follows:
4        1.    On September 9, 2024, a small business owner "client" of Defendant
5    Deputy Trademark and Defendant Law Integral, Jarrod Cruzat, reached out to me at
6    my One LLP email address. Attached as **Exhibit A** is a true and correct copy of Mr.
7    Cruzat's email message to me, which included an email chain of correspondence
8    between "Joanna Ardalan" from Law Integral and Mr. Cruzat. This email message
9    was the first time I received a communication from Mr. Cruzat. The most recent
10   email in Exhibit A is my response to Mr. Cruzat. Mr. Cruzat explained to me
11   telephonically that he sought legal services to secure registrations for a standard
12   character mark and logo mark for "Pacific Acquisition".
13       2.    After our email exchange on September 9, 2024, Mr. Cruzat shared
14   numerous communications between him and the people he understood worked for
15   Law Integral and Deputy Trademark. On September 10, 2024, Mr. Cruzat provided
16   me with bank account information that he had used to wire money to Law Integral
17   and Deputy Trademark. I have spoken with Mr. Cruzat telephonically and he
18   confirmed that he spent at least $30,000 on these two entities.
19       3.    Mr. Cruzat also shared with me "trademark registrations" that
20   Defendants claimed were issued for his trademarks. True and correct copies of the
21   correspondence as well as the attached "trademark registrations" are attached as
22   **Exhibit B**.  These registrations are fake. Aside from looking different than real
23   registrations, there is no registration number on the certificate, only a serial number.
24       4.    Attached as **Exhibit C** is a true and correct copy of correspondence and
25   attachments sent from an "IP Paralegal" at Brand Legal Services that was sent to
26   Mr. Cruzat. It included a cease and desist letter sent from Brand Legal Services
27   claiming that there was another unnamed party who used the mark "Pacific
28   Acquisition" and had priority. It included doctored screenshots from the USPTO and

1

**DECLARATION OF JOANNA ARDALAN ISO EX PARTE APPLICATION**

the Canadian Trademark Office website. I know these are doctored because when I visited both websites, another entry for "Pacific Acquisition" does not appear in the records. Attached as **Exhibit D i**s a true and correct copy of a USPTO search which shows only Mr. Cruzat has a pending trademark registration for "Pacific Acquisition." No other party has submitted an application for this mark. "Pacific Acquisition" does not appear in the Canadian Trademarks Database Search. Attached as **Exhibit E** is a true and correct copy of a search I conducted in the Canadian Trademarks Database for "Pacific Acquisition".

   5. Attached as **Exhibits F and G** are true and correct screenshots I received from Mr. Cruzat that showed confirmation of wire payments he sent to Defendants. I redacted the bank account number as required by ECF rules.

   6. Attached as **Exhibit H** is a true and correct copy of an email message I received from Mr. Cruzat, which includes the JP Morgan bank information for the wire transfer. I redacted the bank account number as required by ECF rules.

I declare under penalty of perjury that the facts stated herein are true and correct.

   Executed this 29th day of October 2024, in Los Angeles, California.

               */s/ Joanna Ardalan*
               Joanna Ardalan

2

**DECLARATION OF JOANNA ARDALAN ISO EX PARTE APPLICATION**