Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiffs,*
Joanna Ardalan, Esq. and One LLP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA ARDALAN, ESQ, an individual; ONE LLP, a California Limited Liability Partnership,<br><br>Plaintiff,<br>v.<br><br>BINOTECH LLC,; KAREN MUMMERT; MICHAEL MUMMERT; ABDULLAH LIMITED COMPANY, CODERS CUBE LLC, HIK TECH LLC, DATA PATCH, INC., DOE 1, d.b.a LAW INTEGRAL, LLC, business entity unknown; DOE 2, d.b.a DEPUTY TRADEMARK. business entity unknown; DOE 3, p.k.a MICHELLE SPRAGUE, an individual; DOE 4, d.b.a TRADEMARK INTEGRAL, business entity unknown; DOE 5, d.b.a BRANDREGISTRATION.ORG, business entity unknown; and DOES 6 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-01243-KK-(DFMx)<br>Hon. Kenly Kiya Kato<br><br>**ORDER** |

**ORDER**

**THE COURT HEREBY ORDERS:**

Plaintiffs Joanna Ardalan and One LLP may serve subpoenas and conduct discovery on JP Morgan Chase, N.A., and Community Federal Savings Bank (collectively "Banks") regarding any bank accounts in which Defendants are the beneficiaries, as well as the two accounts specifically identified by Mr. Cruzat, to which he contends he wired money and which are identified in Exhibit F/H (JPMorgan Chase) and Exhibit G (Community Federal Savings Bank) (collectively "Accounts"). In addition, Plaintiffs may seek discovery on the Banks regarding information that identifies the persons controlling the Accounts as well as the identify and contact information of any persons who have wired money to the Accounts.

Dated: October 30, 2024

_____
Hon. Kenly Kiya Kato

1

**ORDER**