David R. Flyer, Bar #100697
Raquel Flyer Dachner, Bar #282248
**FLYER & FLYER, A Professional Law Corporation**
4120 Birch St., Ste. 101
Newport Beach, CA 92660
(949) 622-8445
(949) 622-8448 (fax)
davidflyer@flyerandflyer.com
raquelflyer@flyerandflyer.com

Attorneys for Defendants
ABDULLAH LIMITED COMPANY,
BINOTECH LLC, and HIK TECH LLC

IN THE UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA ARDALAN, ESQ, an individual; ONE LLP, a California Limited Liability Partnership, | Case No. 8:23-cv-01243-KK-DFM |
| Plaintiffs, | **DECLARATION OF HAMZA KHAN IN SUPPORT OF MOTION TO SET ASIDE DEFAULT OF ABDULLAH LIMITED COMPANY, BINOTECH LLC, and HIK TECH LLC (FRCP 55(c))** |
| vs. | [Doc. 50] |
| BINOTECH LLC; KAREN MUMMERT; MICHAEL MUMMERT; ABDULLAH LIMITED COMPANY; CODERS CUBE LLC; HIK TECH LLC; DATA PATCH, INC.; DOE 1, d.b.a. LAW INTEGRAL, LLC, business entity unknown; DOE 2, d.b.a. DEPUTY TRADEMARK, business entity unknown; DOE 3, p.k.a. MICHELLE SPRAGUE, an individual; DOE 4, d.b.a. TRADEMARK INTEGRAL, business entity unknown; DOE 5, d.b.a. BRANDREGISTRATION.ORG, business entity unknown; and DOES 6 through 10, inclusive, | U.S. District Judge:  Kenly Kiya Kato U.S. Magistrate Judge:  Douglas F. McCormick  Courtroom: 3  3470 12th Street, Riverside, California 92501 Complaint filed: July 12, 2023 Default taken:    October 25, 2024 |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:

I, Hamza Khan, declare:

1.    I am the principal owner and only manager in BINOTECH LLC, and

HIK TECH LLC.  I could and would testify competently in a court of law to the

-1-

[C:\ALL FILES\A2217\Drafts\DecH.Khan-01pld.rev.wpd]

1  following if called upon to do so.

2      2.    I am employed as a marketing representative for an architecture and

3  engineering company.

4      3.    BINOTECH LLC was set up as a new company to out-source marketing

5  for prospective customers.  HIK TECH LLC was set up as a new company to manage

6  web sites.  Their respective Articles of Incorporation are at Exhibits "4" and "5."  I

7  used my parents' home address for the businesses, with their consent, because I do

8  not have office space of my own.

9      4.    I hired a company known as Techdrive Pvt, Ltd., to create and host web site

10  for both companies. A true copy of the invoices are attached as Exhibits "6" and "7."

11      5.    Before this lawsuit was filed, I did not know the plaintiff, Joanna

12  Ardalan. I did not place any information about her on any web site, nor did I

13  authorize anyone else to put information about her on any web site. I received no

14  money from anyone associated with or who claimed to be associated with Joanna

15  Ardalan.

16      6.    I do not know any person associated with any of the other businesses

17  named as defendants in this lawsuit, except of course, my brother's company

18  ABDULLAH LIMITED COMPANY. I have never heard of these other entities.  I am

19  informed that some person has hacked into my web sites and posted information

20  about Joanna Ardalan.  I no longer have control over my web sites, since some person

21  changed the passwords and controls the content.  I have started the process with the

22  domain owner to cancel my web sites.

23      7.    During the summer of 2024, I was contacted by Ms. Ardalan. Since I

24  have done nothing wrong, and I wanted to clear BINOTECH LLC and HIK TECH

25  LLC from liability, with my brother, Abdullah Khan and I agreed to speak with her

26  on video zoom. We spoke with her for about 30-40 minutes. She recorded the

27  conference. At the end of the conference she asked for documents. I provided the

28

-2-

DECLARATION OF HAMZA KAHN
Case No. 8:23-cv-01243-KK-DFM

1  Articles of Incorporation for both companies, EIN documents, and the invoices. I

2  have no other documents.

3        8.      I assumed Ms. Ardalan would dismiss BINOTECH LLC and HIK TECH

4  LLC  from her lawsuit as settlement for having wrongly named my companies.

5  When she did not dismiss my companies, I filed an answer on behalf of BINOTECH

6  LLC and HIK TECH LLC.  I was surprised when the clerk rejected my answer and

7  said that a company could only appear through an attorney. I then began to look for

8  an attorney.

9        I declare, under penalty of perjury under the laws of the United States of

10  America, that the foregoing is true and correct and executed at York, Pennsylvania on

11  November **25** , 2024.

12                                                    Hamza Khan

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

DECLARATION OF HAMZA KAHN
Case No. 8:23-cv-01243-KK-DFM

[\\FRONTDESK-WIN10\all files\A2217\Drafts\DecHKhan-01p\d.rev.wpd]