David R. Flyer, Bar #100697
Raquel Flyer Dachner, Bar #282248
**FLYER & FLYER, A Professional Law Corporation**
4120 Birch St., Ste. 101
Newport Beach, CA 92660
(949) 622-8445
(949) 622-8448 (fax)
davidflyer@flyerandflyer.com
raquelflyer@flyerandflyer.com

Attorneys for Defendants
ABDULLAH LIMITED COMPANY,
BINOTECH LLC, and HIK TECH LLC

IN THE UNITED STATES DISTRICT COURT FOR

THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA ARDALAN, ESQ, an individual; ONE LLP, a California Limited Liability Partnership,<br><br>Plaintiffs,<br><br>vs.<br><br>BINOTECH LLC; KAREN MUMMERT; MICHAEL MUMMERT; ABDULLAH LIMITED COMPANY; CODERS CUBE LLC; HIK TECH LLC; DATA PATCH, INC.; DOE 1, d.b.a. LAW INTEGRAL, LLC, business entity unknown; DOE 2, d.b.a. DEPUTY TRADEMARK, business entity unknown; DOE 3, p.k.a. MICHELLE SPRAGUE, an individual; DOE 4, d.b.a. TRADEMARK INTEGRAL, business entity unknown; DOE 5, d.b.a. BRANDREGISTRATION.ORG, business entity unknown; and DOES 6 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-01243-KK-DFM<br><br>**DECLARATION OF DAVID R. FLYER IN SUPPORT OF MOTION TO SET ASIDE DEFAULT OF ABDULLAH LIMITED COMPANY, BINOTECH LLC, and HIK TECH LLC (FRCP 55(c))**<br>[Doc. 50]<br><br>U.S. District Judge:<br>   Kenly Kiya Kato<br>U.S. Magistrate Judge:<br>   Douglas F. McCormick<br><br>Courtroom: 3<br>   3470 12th Street, Riverside, California 92501<br>Complaint filed: July 12, 2023<br>Default taken:   October 25, 2024 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS:

     I, David R. Flyer, declare:

     1.   I have personal knowledge of the underlying, by virtue of being an attorney, duly licensed to practice law before all the federal and state courts in

California. I am attorney for Defendants ABDULLAH LIMITED COMPANY, BINOTECH LLC, and HIK TECH LLC herein. I could and would competently testify under oath in a court of law to the following if called upon to do so.

    Attached to this filing at Exhibit "8" is a true and correct copy of the proposed answer to complaint of Defendants ABDULLAH LIMITED COMPANY, BINOTECH LLC, and HIK TECH LLC.

    I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct and executed at Newport Beach, California, on November 25, 2024.

                                     /s/ David R. Flyer
                                  David R. Flyer