# Articles of Organization

A set of formal documents filed with the Secretary of State to legally document the creation of a new business entity.





**Pennsylvania Department of State**
Bureau of Corporations and Charitable Organizations
PO Box 8722 | Harrisburg, PA 17105-8722
T: 717.787.1057
dos.pa.gov/BusinessCharities

December 29, 2023

ABDULLAH LIMITED COMPANY
2172 LUCY LN
YORK, PA  17404

| | |
|---|---|
| **Entity Name:** | ABDULLAH LIMITED COMPANY |
| **Entity File Date:** | December 26, 2023 |
| **Entity Number:** | 0013689006 |
| **Filing Type:** | Domestic Limited Liability Company |

The Bureau of Corporations and Charitable Organizations is happy to send your filed document. The Bureau is here to serve you and we would like to thank you for doing business in Pennsylvania.

Thank you for registering with the Department of State to do business in Pennsylvania. Like many other businesses, you may have employees, sell taxable products, or provide a taxable service to consumers in Pennsylvania. Please visit www.pa100.state.pa.us to register for business taxes with the Department of Revenue and the Department of Labor and Industry. You may also visit www.Business.pa.gov to find resources for businesses through all stages of development.

Beginning in 2025, annual reports are required for all domestic filing entities, limited liability general partnerships and registered foreign associations. More information will be forthcoming from the Bureau. However, to ensure that you receive notice of how and when to make annual reports, keep all information on file with the Bureau up-to-date, particularly registered office address.



**COMMONWEALTH OF PENNSYLVANIA**
*Department of State*
*Bureau of Corporations and Charitable Organizations*
PO Box 8722
Harrisburg, Pennsylvania 17105-8722
**CERTIFICATE OF ORGANIZATION -**
**LIMITED LIABILITY COMPANY**
Fee: $125

Pennsylvania Department of State
**-FILED-**
File #: 0013689006
Date Filed: 12/26/2023

## DSCB:15-8821 (rev. 2/2017)

In compliance with the requirements of 15 Pa.C.S. § 8821 relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

**Limited Liability Company Type**
Filing type — Domestic Limited Liability Company
Limited liability company subtype — Limited Liability Company

**Limited Liability Company Name**
Entity name — ABDULLAH LIMITED COMPANY

**Effective Date**
The filing shall be effective when filed with the Department of State

**Registered Office**
The address of this limited liability company's proposed registered office in this Commonwealth is
2172 LUCY LN
YORK, PA 17404

YORK

**Organizers**

| Name of individual or organization | Address |
|---|---|
| ABDULLAH KHAN | 2172 LUCY LN<br>YORK, PA 17404 |

**Additional provisions, if any**
Additional provisions

☐ I qualify for a veteran/reservist-owned small business fee exemption (see help)

**Electronic Signature**
IN TESTIMONY WHEREOF, the organizer(s) has (have) executed this Certificate of Organization.

*ABDULLAH KHAN*                                                         *12/26/2023*
ABDULLAH KHAN                                                            Date