# NORTHERN YORK COUNTY REGIONAL PD
## OPERATIONS REPORT

| 1. Mun. Code | 2. Incident #(P#) | 3. PD Case # | 4. Report Date & Time | 5. Agency Incident/Actual CFS Type |
|---|---|---|---|---|
| 205 | 2024-00044063 | 2024-048562 | 11/05/2024 13:40 | CIVIL MATTER |

| 6. Party Type | 7. Name | 7A. DOB |
|---|---|---|
| COMPLAINANT | KHAN, ABDULLAH IMRAN | |

| 8. Address (Street, Bldg /Apt/Suite, City, State, Zip) | 8A. Phone # | |
|---|---|---|
| 2172 LUCY LN, YORK, PA 17404 | | |

| 9. Location of Incident | 9A. Municipality | 9B. County |
|---|---|---|
| 2172 LUCY LN, YORK, PA 17404 | MANCHESTER TOWNSHIP | YORK |

| 10. Vehicle Information | | | | | | |
|---|---|---|---|---|---|---|
| Make | Model | Plate # | State | Year | Color | VIN # |

| Code | Name | Address | Age | Sex | Race | Eth | DOB |
|---|---|---|---|---|---|---|---|

**11. Narrative**

CLASS 3

Khan Abdullah came into the station to report that he recently received paperwork for a civil suit in the United States District Court for the Central District of California. Khan stated that the suit alleges he has companies that are registered to his residential address where he resides with his parents. He stated that the companies in the suit are not his. He requested that PD investigate this. I informed him that PD does not investigate or assist with civil matters. I advised him that he should consider reaching out to a private attorney for assistance.

No other actions.

| Print Officer Name | Badge No. | Page No. | Report Date | Reviewed By |
|---|---|---|---|---|
| OFF. NABIG YOUSEFF SAKR | 48 | 1 of 1 | 11/08/2024 | Sgt NOAH S POTTEIGER |
| Signature | | | | Supervisor Signature |

Case No. 2024-048562

0000001