Entity# :7273884
Date Filed : 05/11/2021
Pennsylvania Department of State

# PENNSYLVANIA DEPARTMENT OF STATE
# BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS

☐ Return document by mail to:
CESAR A MUNOZ
Name
306 W MARKET,
Address
YORK174       PA       17401
City          State    Zip Code

☐ Return document by email to: _____

**Certificate of Organization Domestic Limited Liability Company**
DSCB:15-8821(rev. 2/2017)

8821

Read all instructions prior to completing. This form may be submitted online at https://www.corporations.pa.gov/.

Fee: $125.00        ☐ I qualify for a veteran/reservist-owned small business fee exemption (see instructions)

In compliance with the requirements of 15 Pa.C.S. § 8821 (relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

1. The name of the limited liability company (designator is required, i.e., "company", "limited" or "limited liability company" or abbreviation):
   **Binotech LLC**

2. *Complete part (a) or (b) – not both:*

   (a) The address of the limited liability company's initial registered office in this Commonwealth is:
   *(post office box alone is not acceptable)*

   | 2172 Lucy Lane | YORK | PA | 17404 | York |
   |---|---|---|---|---|
   | Number and Street | City | State | Zip | County |

   (b) name of its commercial registered office provider and the county of venue is:

   c/o: _____
   
   | Name of Commercial Registered Office Provider | County |
   |---|---|

3. The name of each organizer is (all organizers must sign on page 2):

   | Name | Address |
   |---|---|
   | Hamza khan | 2172 Lucy Lane , YORK , York , PA , United States , 17404 |

4. Effective date of Certificate of Organization (check, and if appropriate complete, one of the following):

   [X] The Certification of organization shall be effective upon filing in the Dept of State.

   ☐ The Certification of organization shall be effective on: _____ at _____
   
                         Date(MM/DD/YYYY)        Hour (if any)

PENN File: May 11, 2021

DSCB: 15-8821-2

5. **Restricted professional companies only.**

   *Check the box if the limited liability company is organized to render a restricted professional service and check the type of restricted professional service(s).*

   ☐ **The company is a restricted professional company organized to render the following restricted professional service(s):**

   ☐ Chiropractic

   ☐ Dentistry

   ☐ Law

   ☐ Medicine and surgery

   ☐ Optometry

   ☐ Osteopathic medicine and surgery

   ☐ Podiatric medicine

   ☐ Public accounting

   ☐ Psychology

   ☐ Veterinary medicine

6. **Benefit companies only.**

   *Check the box immediately below if the limited liability company is organized as a benefit company:*

   ☐ **This limited liability company shall have the purpose of creating general public benefit**

   Optional specific public benefit purpose. *Check the box immediately below if the benefit company is organized to have one or more specific public benefits and supply the specific public benefit(s).*
   *See instructions for examples of specific public benefit.*

   ☐ **This limited liability company shall have the purpose of creating the enumerated specific public benefit(s):**

   _____
   _____
   _____

7. For additional provisions of the certificate, if any, attach an 8½ x 11 sheet.

IN TESTIMONY WHEREOF, the organizer(s) has (have) signed this Certificate of Organization this __11__ day of __May__, __2021__.

_____
Hamza khan
**Signature**