Date Filed : 08/17/2022
Pennsylvania Department of State

PENNSYLVANIA DEPARTMENT OF STATE
BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS

| ☐ Return document by mail to: | Certificate of Organization Domestic Limited Liability Company |
|---|---|
| CESAR A MUNOZ <br> Name | DSCB:15-8821(rev. 2/2017) |
| 306 W MARKET, <br> Address | |
| YORK174        PA        17401 <br> City            State      Zip Code | 8821 |
| ☐ Return document by email to: _____ | |

Read all instructions prior to completing. This form may be submitted online at https://www.corporations.pa.gov/.

Fee: $125.00      ☐ I qualify for a veteran/reservist-owned small business fee exemption (see instructions)

In compliance with the requirements of 15 Pa.C.S. § 8821 (relating to certificate of organization), the undersigned desiring to organize a limited liability company, hereby certifies that:

1. The name of the limited liability company (designator is required, i.e., "company", "limited" or "limited liability company" or abbreviation):
   **HIK Tech LLC**

2. *Complete part (a) or (b) – not both:*

   (a) The address of the limited liability company's initial registered office in this Commonwealth is:

   *(post office box alone is not acceptable)*

   | 2172 LUCY LN | YORK | PA | 17402 | York |
   |---|---|---|---|---|
   | Number and Street | City | State | Zip | County |

   (b) name of its commercial registered office provider and the county of venue is:

   c/o: _____

   | Name of Commercial Registered Office Provider | County |
   |---|---|

3. The name of each organizer is (all organizers must sign on page 2):

   | Name | Address |
   |---|---|
   | HAMZA KHAN | 2172 LUCY LN , YORK , York , PA , United States , 17402 |

4. Effective date of Certificate of Organization (check, and if appropriate complete, one of the following):

   [X] The Certification of organization shall be effective upon filing in the Dept of State.

   ☐ The Certification of organization shall be effective on: _____ at _____
   
   Date(MM/DD/YYYY)      Hour (if any)

PENN File: August 17, 2022

5. **Restricted professional companies only.**

   *Check the box if the limited liability company is organized to render a restricted professional service and check the type of restricted professional service(s).*

   ☐ **The company is a restricted professional company organized to render the following restricted professional service(s):**

   ☐ Chiropractic

   ☐ Dentistry

   ☐ Law

   ☐ Medicine and surgery

   ☐ Optometry

   ☐ Osteopathic medicine and surgery

   ☐ Podiatric medicine

   ☐ Public accounting

   ☐ Psychology

   ☐ Veterinary medicine

6. **Benefit companies only.**

   *Check the box immediately below if the limited liability company is organized as a benefit company:*

   ☐ **This limited liability company shall have the purpose of creating general public benefit**

   Optional specific public benefit purpose. *Check the box immediately below if the benefit company is organized to have one or more specific public benefits and supply the specific public benefit(s).*
   *See instructions for examples of specific public benefit.*

   ☐ **This limited liability company shall have the purpose of creating the enumerated specific public benefit(s):**

   _____
   _____
   _____

7. For additional provisions of the certificate, if any, attach an 8½ x 11 sheet.

IN TESTIMONY WHEREOF, the organizer(s) has (have) signed this Certificate of Organization this __16__ day of __August__, __2022__.

                                                        __HAMZA KHAN__
                                                             Signature