# INVOICE

# 1002

**Techdrive Pvt Ltd**

Bill To:
**Hamza Khan**
Hiktech LLC

| | |
|---|---:|
| Date: | Aug 1, 2023 |
| Payment Terms: | Cash |
| Due Date: | Sep 1, 2023 |
| **Balance Due:** | **$200.00** |

| Item | Quantity | Rate | Amount |
|---|---:|---:|---:|
| **Website Design and Development for Hiktech LLC** | 1 | $200.00 | $200.00 |

| | |
|---:|---:|
| Subtotal: | $200.00 |
| Tax (0%): | $0.00 |
| Total: | $200.00 |