NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
David R. Flyer, Bar #100697
Raquel Flyer Dachner, Bar #282248
Flyer & Flyer, a Professional Law Corporation
4120 Birch St Ste 101
Newport Beach, CA 92660
949-622-8444
949-622-8448 (fax)
davidflyer@flyerandflyer.com

ATTORNEY(S) FOR: Abdullah Limited Company, Binotech, etc. et al.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOANNA ARDALAN, ESQ., an individual; ONE LLP, a California Limited Liability Partnership,

Plaintiff(s),

v.

BINOTECH LLC; KAREN MUMMERT; MICHAEL MUMMERT; ABDULLAH LIMITED COMPANY; CODERS CUBE LLC; et al.,

Defendant(s)

CASE NUMBER: 8:23-cv-01243-KK-DFM

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Abdullah Limited Company, Binotech LLC, and HIK Tech LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Abdullah Limited Company | Defendant |
| Binotech LLC | Defendant |
| HIK Tech LLC | Defendant |
| Abdullah Khan | Member, Abdullah Limited Company |
| Hamza Khan | Member, Binotech LLC and HIK Tech LLC |

November 25, 2024
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Abdullah Limited Company, Binotech LLC, and HIK Tech LLC