# EXHIBIT A

| | |
|---|---|
| **From:** | Jo Ardalan |
| **To:** | hik.hamza.khan@gmail.com |
| **Cc:** | Peter Afrasiabi |
| **Subject:** | RE: Civil Action no: 8:23-cv-0243-KK-(DFMx) |
| **Date:** | Thursday, August 8, 2024 10:27:00 AM |

Mr. Khan,

This email message confirms our discussion that we agree to extend Binotech, Hik Tech, and Abudllah Limited's time to respond to September 9, 2024.

As discussed, if you believe you have information that is helpful to you, you are welcome to send it to us.

Regards,
Jo

---

**From:** Hamza Khan <hik.hamza.khan@gmail.com>

**Date:** Thursday, August 8, 2024 at 9:25 AM

**To:** Peter Afrasiabi <pafrasiabi@onellp.com>

**Subject:** Civil Action no: 8:23-cv-0243-KK-(DFMx)

Good Morning Peter,

This is Hamza khan reaching out to you on behalf of above civil action. Im the owner of Hiktechllc, Binotechllc and Abdullah limited Company.

I want to request an extension for the response date, since I just became aware of this case and trying to wrap my head around it.

If you kindly give me a call, I would like to talk more in detail. Thank you and appreciate your time.

You can reach me at this email and 717-472-5270.

Sincerely,
Hamza