# EXHIBIT B

| | |
|---|---|
| **From:** | Jo Ardalan |
| **To:** | Hamza Khan |
| **Cc:** | Peter Afrasiabi; Vanessa Soriano |
| **Subject:** | RE: Ardalan v. DOES; Case No. 8:23-cv-01243 |
| **Date:** | Wednesday, September 11, 2024 10:52:00 AM |

Mr. Khan,

On August 8, you asked for an extension of time so that you could retain an attorney. We gave you an extension until September 9 as a courtesy to you and to permit you time to retain counsel. While you accepted the extension, you did not retain counsel.

You have not provided us with any information to assist us in evaluating your claims and your deadline has now passed.

We will agree to give you one last extension, to September 30, but I cannot guarantee that the court will agree to it.

I asked that you cc your brother on this correspondence. As you are well-aware, it is unlawful to practice law without a license (Cal. BPC § 6125) and you cannot represent him. Please add him to the correspondence.

Regards,
Jo


--
**Jo Ardalan**
**Partner**



Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice*: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.

**From:** Hamza Khan <hik.hamza.khan@gmail.com>
**Sent:** Wednesday, September 11, 2024 10:32 AM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Peter Afrasiabi <pafrasiabi@onellp.com>
**Subject:** Re: Ardalan v. DOES; Case No. 8:23-cv-01243

Good Morning Jo,

We just consulted with an attorney, and trying to hire them as soon as possible, we are trying to gather funds in order to pay initial amount to get attorney services.

I would like to request an extension of 3 weeks, so we can gather more information to provide it to you.

Thank you.

On Tue, Sep 10, 2024 at 12:46 PM Jo Ardalan <jardalan@onellp.com> wrote:

> Mr. Khan and Mr. Khan,
>
> Ms. Soriano forwarded me your message from yesterday. You should direct all correspondence to Mr. Afrasiabi and me.
>
> I received the letter you wrote and I'm not sure what to do with it. Are you going to appear in the lawsuit? If not, we will be filing a default.
>
> Hamza Khan, please forward this message to Abdullah Khan and include him on our correspondence moving forward.
>
> Regards,
> Jo
>
> --
> **Jo Ardalan**
> **Partner**
>
> 
>
> Intellectual Property & Entertainment Law
> 310-437-8665 (Direct)
> 323-309-9215 (Cell)
> jardalan@onellp.com
>
> *Notice*:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.
>
> **From:** Hamza Khan <hik.hamza.khan@gmail.com>
> **Sent:** Monday, September 9, 2024 4:41 PM
> **To:** Vanessa Soriano <vsoriano@onellp.com>

**Subject:** Re: Ardalan v. DOES; Case No. 8:23-cv-01243

Please find attached the response on behalf oh HIKTech LLC, BinoTech LLC, And Abdullah Limited Company.

Thank you

On Mon, Aug 19, 2024 at 7:16 PM Vanessa Soriano <vsoriano@onellp.com> wrote:

> Hello,
>
> Attached is the stipulation we filed today in the above-referenced case.
>
> Thank you,
> Vanessa
>
> 
> *"one vision. one focus. one law firm."*
> www.onellp.com
>
> Vanessa E. Soriano
> Litigation Paralegal
> 23 Corporate Plaza, Suite 150-105
> Newport Beach, CA 92660
> F   (949) 258-5081
> vsoriano@onellp.com
>
> *This message and any attached documents contain information from the law firm of One LLP that may be confidential or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify me immediately by reply e-mail and then delete this message.*