# EXHIBIT C

| | |
|---|---|
| **From:** | Hamza Khan |
| **To:** | Jo Ardalan |
| **Cc:** | Peter Afrasiabi; Vanessa Soriano; Abdullahrajput26@gmail.com |
| **Subject:** | Re: Ardalan v. DOES; Case No. 8:23-cv-01243 |
| **Date:** | Tuesday, October 8, 2024 8:10:54 AM |
| **Attachments:** | Invoice 415.pdf |
| | Invoice 1002.pdf |

Good morning Jo,

Attached are the two invoices for Hiktech LLC and Binotech LLC website creation package as we discussed. The payment for these were made cash to Sarim in Pakistan.

Also, here is Sarim' email that was given to me to share with you after his permission.
samq96307@gmail.com

Sincerely,
Hamza Khan.

On Mon, Sep 30, 2024 at 2:46 PM Hamza Khan <hik.hamza.khan@gmail.com> wrote:
> If I am remembering it correctly I was not totally sure how I paid them on our call, I believe I said I think either I paid via Venmo, Zelle or cash, since it was couple years ago, I have to double check. I will provide you with that information once I can do research and find the paper work.
>
> As per Sarim's information, Let me see if I can get his permission to share that information with you. I don't want to get in trouble for sharing his information if he is not okay with it without knowing for what reason his information is being shared.
>
> Regards,
>
> On Mon, Sep 30, 2024 at 2:02 PM Jo Ardalan <jardalan@onellp.com> wrote:
>> You said you paid Sarim over Venmo. Where is that document?
>>
>> Please provide Sarim's contact information.
>>
>>
>> --
>>
>> **Jo Ardalan**
>>
>> **Partner**
>>
>> 
>>
>> Intellectual Property & Entertainment Law
>>
>> 310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** Hamza Khan <hik.hamza.khan@gmail.com>
**Sent:** Monday, September 30, 2024 10:59 AM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Peter Afrasiabi <pafrasiabi@onellp.com>; Vanessa Soriano <vsoriano@onellp.com>; Abdullahrajput26@gmail.com
**Subject:** Re: Ardalan v. DOES; Case No. 8:23-cv-01243

Ms. Ardalan,

There is no communication proof since it was verbal and over the phone as I told you on our video call. I will send the invoices when I get them. Since it was more than 2-3 years ago, I have to retrieve them, and as soon as I do, I will forward them to you.

Regards.

On Mon, Sep 30, 2024 at 1:51 PM Jo Ardalan <jardalan@onellp.com> wrote:

> Mr. Khan,
>
> Where are the documents you promised to send us regarding your communications with Sarim, the invoices for your website, proof of payment etc.?
>
> Jo
>
> --

**Jo Ardalan**

**Partner**

**one llp**

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

[jardalan@onellp.com](mailto:jardalan@onellp.com)

*Notice*:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.

---

**From:** Hamza Khan <[hik.hamza.khan@gmail.com](mailto:hik.hamza.khan@gmail.com)>
**Sent:** Monday, September 30, 2024 10:22 AM
**To:** Jo Ardalan <[jardalan@onellp.com](mailto:jardalan@onellp.com)>
**Cc:** Peter Afrasiabi <[pafrasiabi@onellp.com](mailto:pafrasiabi@onellp.com)>; Vanessa Soriano <[vsoriano@onellp.com](mailto:vsoriano@onellp.com)>; [Abdullahrajput26@gmail.com](mailto:Abdullahrajput26@gmail.com)
**Subject:** Re: Ardalan v. DOES; Case No. 8:23-cv-01243

Included in the submission are also the documents that we have sent you in regards to the LLC formation and proof of identification.

Thank you.

On Tue, Sep 24, 2024 at 4:23 PM Jo Ardalan <[jardalan@onellp.com](mailto:jardalan@onellp.com)> wrote:

> Mr. Khan,
>
> Thanks for the emails. As discussed, please send your invoice, proof of payment and all communications between you and Sarim, and the company that put together the Binotech website (including text messages, emails, or chats).

Regards,

Jo


--

**Jo Ardalan**

**Partner**



Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

[jardalan@onellp.com](jardalan@onellp.com)


<u>Notice</u>:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Hamza Khan <hik.hamza.khan@gmail.com>
**Sent:** Tuesday, September 24, 2024 10:27 AM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Peter Afrasiabi <pafrasiabi@onellp.com>; Vanessa Soriano <vsoriano@onellp.com>; Abdullahrajput26@gmail.com
**Subject:** Re: Ardalan v. DOES; Case No. 8:23-cv-01243


Attached you will find more documents that were filed to state regarding Hiktech LLC, Binotech LLC, and Abdullah Limited Company.


Thank you.

On Tue, Sep 24, 2024 at 12:00 PM Hamza Khan <hik.hamza.khan@gmail.com> wrote:

> Attached are LLC documents for Hiktech LLC, Hiktech LLC, and Abdullah limited Company

On Mon, Sep 23, 2024 at 6:47 PM Hamza Khan <hik.hamza.khan@gmail.com> wrote:

> Oh I meant 12 PM Cali time but this works. Talk to you tomorrow!

On Mon, Sep 23, 2024 at 2:32 PM Jo Ardalan <jardalan@onellp.com> wrote:

> 12 PM eastern? That is fine.
>
> --
>
> **Jo Ardalan**
>
> **Partner**
>
> # one llp
>
> Intellectual Property & Entertainment Law
>
> 310-437-8665 (Direct)
>
> 323-309-9215 (Cell)
>
> jardalan@onellp.com
>
> *Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

**From:** Hamza Khan <hik.hamza.khan@gmail.com>
**Sent:** Monday, September 23, 2024 11:12 AM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Peter Afrasiabi <pafrasiabi@onellp.com>; Vanessa Soriano <vsoriano@onellp.com>; Abdullahrajput26@gmail.com
**Subject:** Re: Ardalan v. DOES; Case No. 8:23-cv-01243

Zoom sounds good! How would 12 Pm work for you?

On Mon, Sep 23, 2024 at 1:16 PM Jo Ardalan <jardalan@onellp.com> wrote:

> Let's do a Zoom meeting. What is your availability like tomorrow?
>
> --
>
> **Jo Ardalan**
>
> **Partner**
>
> **one llp**
>
> Intellectual Property & Entertainment Law
>
> 310-437-8665 (Direct)
>
> 323-309-9215 (Cell)
>
> jardalan@onellp.com
>
> *Notice:*  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*
>
> ---
>
> **From:** Hamza Khan <hik.hamza.khan@gmail.com>
> **Sent:** Monday, September 23, 2024 8:26 AM
> **To:** Jo Ardalan <jardalan@onellp.com>
> **Cc:** Peter Afrasiabi <pafrasiabi@onellp.com>; Vanessa Soriano <vsoriano@onellp.com>; Abdullahrajput26@gmail.com

**Subject:** Re: Ardalan v. DOES; Case No. 8:23-cv-01243

Good Morning Ms. Ardalan,

Me and Abdullah wanted to set up a time for a meeting either video or audio, whichever works best for you in this week, please let us know the times that works best for you.

Thank you.

On Fri, Sep 13, 2024 at 2:02 PM Jo Ardalan <jardalan@onellp.com> wrote:

> Messrs. Khan and Khan,
>
> See the attached Court order.
>
> Regards,
>
> Jo
>
> --
>
> **Jo Ardalan**
>
> **Partner**
>
> # one llp
>
> Intellectual Property & Entertainment Law
>
> 310-437-8665 (Direct)
>
> 323-309-9215 (Cell)
>
> jardalan@onellp.com
>
> *Notice:* If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may

*contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Hamza Khan <hik.hamza.khan@gmail.com>
**Sent:** Wednesday, September 11, 2024 12:45 PM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Peter Afrasiabi <pafrasiabi@onellp.com>; Vanessa Soriano <vsoriano@onellp.com>; Abdullahrajput26@gmail.com
**Subject:** Re: Ardalan v. DOES; Case No. 8:23-cv-01243

Please find attached stipulation signed by Me and Abdullah.

Thank you.

On Wed, Sep 11, 2024 at 2:54 PM Jo Ardalan <jardalan@onellp.com> wrote:

> Please sign and return the stipulation attached. I have also included the Proposed Order that we will file along with it once we receive your signature.
>
> --
>
> **Jo Ardalan**
>
> **Partner**
>
> **one llp**
>
> Intellectual Property & Entertainment Law
>
> 310-437-8665 (Direct)
>
> 323-309-9215 (Cell)
>
> jardalan@onellp.com
>
> *Notice*: If you are not the intended recipient of this e-mail, please reply and inform me

*of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Hamza Khan <hik.hamza.khan@gmail.com>
**Sent:** Wednesday, September 11, 2024 11:00 AM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Peter Afrasiabi <pafrasiabi@onellp.com>; Vanessa Soriano <vsoriano@onellp.com>; Abdullahrajput26@gmail.com
**Subject:** Re: Ardalan v. DOES; Case No. 8:23-cv-01243

Th reason we dont't have an attorney is because we cannot afford it, we are trying to gather funds in order to afford the basic representation.

I appreciate you agreeing to an extension time.

My brother was CCd in the last email and he is fully aware of our correspondence, and he is CCd in this one as-well!

Thank you.

On Wed, Sep 11, 2024 at 1:52 PM Jo Ardalan <jardalan@onellp.com> wrote:

> Mr. Khan,
>
> On August 8, you asked for an extension of time so that you could retain an attorney. We gave you an extension until September 9 as a courtesy to you and to permit you time to retain counsel. While you accepted the extension, you did not retain counsel.
>
> You have not provided us with any information to assist us in evaluating your claims and your deadline has now passed.

We will agree to give you one last extension, to September 30, but I cannot guarantee that the court will agree to it.

I asked that you cc your brother on this correspondence. As you are well-aware, it is unlawful to practice law without a license (Cal. BPC § 6125) and you cannot represent him. Please add him to the correspondence.

Regards,

Jo

--

**Jo Ardalan**

**Partner**

# one llp

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

jardalan@onellp.com

*Notice: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Hamza Khan <hik.hamza.khan@gmail.com>
**Sent:** Wednesday, September 11, 2024 10:32 AM
**To:** Jo Ardalan <jardalan@onellp.com>
**Cc:** Peter Afrasiabi <pafrasiabi@onellp.com>
**Subject:** Re: Ardalan v. DOES; Case No. 8:23-cv-01243

Good Morning Jo,

We just consulted with an attorney, and trying to hire them as soon as possible, we are trying to gather funds in order to pay initial amount to get attorney services.

I would like to request an extension of 3 weeks, so we can gather more information to provide it to you.

Thank you.

On Tue, Sep 10, 2024 at 12:46 PM Jo Ardalan <jardalan@onellp.com> wrote:

> Mr. Khan and Mr. Khan,
>
> Ms. Soriano forwarded me your message from yesterday. You should direct all correspondence to Mr. Afrasiabi and me.
>
> I received the letter you wrote and I'm not sure what to do with it. Are you going to appear in the lawsuit? If not, we will be filing a default.
>
> Hamza Khan, please forward this message to Abdullah Khan and include him on our correspondence moving forward.
>
> Regards,
>
> Jo
>
> --
>
> **Jo Ardalan**

**Partner**

# one llp

Intellectual Property & Entertainment Law

310-437-8665 (Direct)

323-309-9215 (Cell)

<u>jardalan@onellp.com</u>

<u>Notice</u>:  *If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.*

---

**From:** Hamza Khan <<u>hik.hamza.khan@gmail.com</u>>
**Sent:** Monday, September 9, 2024 4:41 PM
**To:** Vanessa Soriano <<u>vsoriano@onellp.com</u>>
**Subject:** Re: Ardalan v. DOES; Case No. 8:23-cv-01243

Please find attached the response on behalf oh HIKTech LLC, BinoTech LLC, And Abdullah Limited Company.

Thank you

On Mon, Aug 19, 2024 at 7:16 PM Vanessa Soriano <<u>vsoriano@onellp.com</u>> wrote:

> Hello,
>
> Attached is the stipulation we filed today in the above-referenced case.

Thank you,
Vanessa

**one llp**

*"one vision. one focus. one law firm."*

www.onellp.com

Vanessa E. Soriano

Litigation Paralegal

23 Corporate Plaza, Suite 150-105

Newport Beach, CA 92660

F   (949) 258-5081

vsoriano@onellp.com

*This message and any attached documents contain information from the law firm of One LLP that may be confidential or privileged.  If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify me immediately by reply e-mail and then delete this message.*