# EXHIBIT D-1



# INVOICE
# 415

**Techdrive Pvt Ltd**

| | |
|---|---|
| Date: | Feb 1, 2022 |
| Payment Terms: | Cash |
| Due Date: | Mar 1, 2022 |

Bill To:
**Hamza Khan**
Binotech LLC

**Balance Due:** **$200.00**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Website Design and Development for Binotech LLC** | 1 | $200.00 | $200.00 |

| | |
|---|---|
| Subtotal: | $200.00 |
| Tax (0%): | $0.00 |
| Total: | $200.00 |