# EXHIBIT D-2

## Invoice 415 Properties

**General** | Digital Signatures | Security | Details | Previous Versions

[PDF icon] Invoice 415

| | |
|---|---|
| Type of file: | Adobe Acrobat Document (.pdf) |
| Opens with: | [Acrobat icon] Adobe Acrobat    [ Change... ] |

| | |
|---|---|
| Location: | C:\Users\jardalan\OneDrive - One LLP\Desktop |
| Size: | 17.0 KB (17,466 bytes) |
| Size on disk: | 20.0 KB (20,480 bytes) |

| | |
|---|---|
| Created: | Tuesday, October 8, 2024, 8:11:00 AM |
| Modified: | Wednesday, December 18, 2024, 12:07:55 PM |
| Accessed: | Today, December 18, 2024, 2 hours ago |

| | |
|---|---|
| Attributes: | ☐ Read-only   ☐ Hidden   [ Advanced... ] |
| Security: | This file came from another computer and might be blocked to help protect this computer.   ☐ Unblock |

[ OK ]   [ Cancel ]   [ Apply ]