# EXHIBIT E-2

## General | Digital Signatures | Security | Details | Previous Versions

[PDF icon]  Invoice 1002

Type of file: Adobe Acrobat Document (.pdf)

Opens with: Adobe Acrobat    [Change...]

Location: C:\Users\jardalan\OneDrive - One LLP\Desktop

Size: 17.3 KB (17,728 bytes)

Size on disk: 20.0 KB (20,480 bytes)

Created: Tuesday, October 8, 2024, 8:11:00 AM

Modified: Wednesday, December 18, 2024, 12:07:55 PM

Accessed: Today, December 18, 2024, 2 hours ago

Attributes: ☐ Read-only  ☐ Hidden    [Advanced...]

Security: This file came from another computer and might be blocked to help protect this computer.    ☐ Unblock

[OK]  [Cancel]  [Apply]