# EXHIBIT F



BINOTECH

(415) 707-7196    GET UPTO 70% DISCOUNT

# Your Partner in Digital Advancement

Binotech LLC is a full-service digital firm that transforms driving enterprises into influential brands by providing business-oriented and customized mobile and online experiences.

**Starting From $45 Only**

GET A FREE QUOTE

(415) 707-7196

SERVICES    PORTFOLIO    ABOUT    CLIENTS

**SERVICES**

## World-class digital solutions

At Binotech LLC, we aim to elevate brands and build companies through innovative forward-thinking, fresh insights, and the best user-centric strategies.



### Web Development

Our professionals use up-to-date technologies and tools. As a result, we offer high-performance, and responsive website experiences so that your company can best excel.

SEE PRICING



### Brand Design

We guarantee that your audience is astonished by our brand-focused unique solutions, allowing you to boost brand awareness through our versatile designs and marketing strategies.

SEE PRICING



### Mobile Apps

For your mobile app, Binotech LLC provides enterprise-grade solutions. Our experts create highly engaging and result-oriented mobile applications that are perfect for your company.

SEE PRICING



### Video Production

Animation videos are an excellent technique to bring your ideas to life. We offer a wide range of services, including 2D/3D, explainer, whiteboard, typography and animation services.

SEE PRICING



### Writing

We provide complete ghostwriting services and all other related services. Our professional ghostwriters are skilled in various content genres, including book writing, publishing, etc.

SEE PRICING



### Trademark Registration

Registration only means proudly wearing your badge in the market. By getting trademark registration, you'll exclusively own your product and have its ownership graphically presented as well.

SEE PRICING



### Online Courses

If you are looking to advance your career, learn a new language, or gain a new perspective, online courses are the perfect solution. With a wide range of courses available, you can choose the ones that best suit your needs and interests.

SEE PRICING

PORTFOLIO

## We make things you'll love

- ALL
- UX/UI DESIGN
- DEVELOPMENT
- MOBILE APPS
- STATIONERY











ABOUT BINOTECH LLC

## A Digital Agency That Puts People First

We provide businesses with creative digital solutions to help them transition smoothly. We interact with consumers and provide services that help them expand their businesses. We're well-known for our ability to build award winning websites and also for helping businesses with effective digital solutions. We will uplift your company by providing premium and the best marketing solutions that will significantly impact your brand's reach. Binotech LLC assists customers to increase and develop their online presence. And also to improve their digital footprints by reviewing their existing marketing methods, recognizing corporate requirements, and targeting the appropriate demographics.

CLIENTS

## We worked with worlds leading brands

We build enterprise-grade digital solutions for industries.

*Binotech LLC was a pleasure to work with. We were able to obtain the mobile we wanted thanks to their knowledge and creativity, and their intuitive ideas and enhancements made it much better than we could have imagined.*

- Otis Bars

CONTACT

## Get in touch

Address: 2172 Lucy Ln, York, PA 17404, USA
Phone: (415) 707-7196
Email: info@binotechllc.com

### Get A Free Quote

Full Name

Email

Phone

Additional Message

SUBMIT

All Rights Reserved © Binotech LLC

Terms & Conditions   |   Privacy Policy



zendesk chat

Chat with us

Type your message here