# EXHIBIT G



# Your Partner in Digital Advancement

Binotech LLC is a full-service digital firm that transforms driving enterprises into influential brands by providing business-oriented and customized mobile and software solutions.

**GET A QUOTE**

+1 (213) 641 0900

+1 (213) 641 0900    GET A QUOTE

SERVICES ▾    SOLUTIONS ▾    PORTFOLIO    ABOUT

**SERVICES**

## World-class digital solutions

At Binotech LLC, we aim to elevate brands and build companies through innovative forward-thinking, fresh insights, and the best user-centric strategies.


### Web Development
Our professionals use up-to-date technologies and tools. As a result, we offer high-performance, and responsive website experiences so that your company can best excel.

**SEE PRICING**


### Brand Design
We guarantee that your audience is astonished by our brand-focused unique solutions, allowing you to boost brand awareness through our versatile designs and marketing strategies.

**SEE PRICING**


### Mobile Apps
For your mobile app, Binotech LLC provides enterprise-grade solutions. Our experts create highly engaging and result-oriented mobile applications that are perfect for your company.

**SEE PRICING**

**VIEW MORE SERVICES**

**SOLUTIONS**

## We Offer


### Accounting ERP System
Binotech LLC offers an Accounting ERP system that automates your company's accounting procedures, enhancing productivity, ensuring compliance, and


### eCommerce ERP Systems
Binotech LLC's ERP systems for eCommerce businesses allow you to synchronize sales with your back-office operations, resulting in enhanced


### Education ERP Systems
Managing a school involves overseeing administrative responsibilities, student instruction, admissions processes, financial management, and more.

| | | |
|---|---|---|
| enabling growth without unnecessary hiring. | operational efficiency and increased customer satisfaction. | |
| VIEW MORE | VIEW MORE | VIEW MORE |



### Real Estate ERP Systems

Our web-based property management software from Binotech LLC eliminates the need for downloads, with all upgrades automated. It enables mobile functionality for your workplace and adds accessibility via mobile devices.

VIEW MORE



### Software ERP Systems

A cloud-hosted ERP system from Binotech LLC manages all your financial and operational data. It provides real-time data insights across all departments, reduces manual processes like data entry and reconciliations, and integrates seamlessly with your existing tools and teams.

VIEW MORE

---

**PORTFOLIO**

# We make things you'll love

- ALL
- UX/UI DESIGN
- DEVELOPMENT
- MOBILE APPS
- STATIONERY











---

**ABOUT BINOTECH LLC**

## A Digital Agency That Puts People First

We provide businesses with creative digital solutions to help them transition smoothly. We interact with consumers and provide services that help them expand their businesses. We're well-known for our ability to build award winning websites and also for helping businesses with effective digital solutions. We will uplift your company by providing premium and the best marketing solutions that will significantly impact your brand's reach. Binotech LLC assists customers to increase and develop their online presence. And also to improve their digital footprints by reviewing their existing marketing methods, recognizing corporate requirements, and targeting the appropriate demographics.



