# EXHIBIT H

```
 1   Case No. 8:23-cv-01243-KK-(DFMx)

 2   - - - - - - - - - - - - - - - - - - - - - - - - x

 3   JOANNA ARDALAN, ESQ, an individual; ONE LLP, a

 4   California Limited Liability Partnership,

 5                    Plaintiffs,

 6

 7           v.

 8

 9   BINOTECH LLC,; KAREN MUMMERT; MICHAEL MUMMERT;

10   ABDULLAH LIMITED COMPANY, CODERS CUBE LLC, HIK

11   TECH LLC, DATA PATCH, INC., DOE 1, d.b.a LAW

12   INTEGRAL, LLC, business entity unknown; DOE 2,

13   d.b.a DEPUTY TRADEMARK. business entity unknown;

14   DOE 3, p.k.a MICHELLE SPRAGUE, an individual; DOE

15   4, d.b.a TRADEMARK INTEGRAL, business entity

16   unknown; DOE 5, d.b.a BRANDREGISTRATION.ORG,

17   business entity unknown; and DOES 6 through 10,

18   inclusive,

19                    Defendants.

20   - - - - - - - - - - - - - - - - - - - - - - - - x

21   September 24, 2024 Meeting

22

23

24

25

                                              Page 1
```

1              JO ARDALAN:  Okay, so I just --

2              HAMZA IMRAN KHAN:  Let me just pull it

3     up.

4              JO ARDALAN:  -- hit the record button,

5     just, since we're recording now, I just want to

6     be clear that you're okay with me recording this,

7     right?

8              HAMZA IMRAN KHAN:  Yeah, that's fine.

9              JO ARDALAN:  Okay.

10             HAMZA IMRAN KHAN:  I am.

11             JO ARDALAN:  Okay.  And Abdullah,

12    you're okay?

13             ABDULLAH KHAN:    Yeah.

14             JO ARDALAN:  Okay, cool.  All right, so

15    the floor is yours, you all wanted --

16             HAMZA IMRAN KHAN:  Okay.

17             JO ARDALAN:  -- to have this call, so.

18             HAMZA IMRAN KHAN:  Yeah, so, as we

19    mentioned before, I wanted to share certain

20    documents like our EIN documents with you.  For

21    Abdullah and my companies.  You should receive an

22    email right about now.  It will have our like,

23    registered documents with the state of

24    Pennsylvania.

25             Because one of the complaints that --

                                        Page 2

```
 1   in the lawsuit, like what we read from our point
 2   of view, was that we were misrepresenting or some
 3   sort.  But like, I just want to make sure like,
 4   our addresses are list.  We are trying to track
 5   down our deed of the address that was mentioned,
 6   just to prove that like, it's our family house.
 7   But like, my parents own it, we -- these are
 8   companies that are small businesses, like mine
 9   and Abdullah's.
10           And what -- we are just trying to find
11   a solution that -- to pull our name out of this
12   lawsuit because we are not part of this whole
13   scheme or whatever that was like a thing that was
14   misrepresenting you or like, allegedly being --
15   trying to be you, whoever it was through those
16   emails.
17           So, these are some documents that we
18   could think of that could prove like we are at
19   this address, we are -- we live at this house.
20   And I live five minutes from here, I just moved
21   out like five, three, four months ago.
22           But this is our family home.  None of
23   those other people who are named in that
24   complaint are with us -- any association
25   whatsoever.  I can also share Mr. Abdullah's
```

Page  3

```
1   was either sold or leaked through this or some
2   sort.  And that's why it created a whole fiasco.
3   And I'm sure like they either knew that this
4   website was not active or was not being used
5   whatsoever.
6              Because it cost me a couple hundred
7   bucks to get this website up and running.  It was
8   never a major investment for me until I created
9   it because I wanted to start a business but then
10  I got a full-time job in Hunt Valley and so I got
11  preoccupied with that and never had time to do
12  anything with my business or anything sort of
13  thing.  Because this business requires sales and
14  reaching out to small businesses and whatnot.  I
15  just never had the time for it because I work 40
16  hours a week out of Hunt Valley and York.
17             JO ARDALAN:  Okay --
18             HAMZA IMRAN KHAN:  And we can also show
19  you --
20             JO ARDALAN:  -- do you have any
21  invoices from We Drive Tech?
22             HAMZA IMRAN KHAN:  I'll have to hunt
23  down, but I can get those, yes.
24             JO ARDALAN:  I'd like to see the
25  invoices and I'd also like to see your payment to
```

Page 9

1  them.  Would you be willing to show me -- like,

2  how did you pay them?

3          HAMZA IMRAN KHAN:  Through I think

4  either Zelle or -- like it's a -- so, how this

5  website was created, a friend of mine who is in

6  this industry, internationally, he's not around

7  here, he's from Pakistan.  He was the one who

8  connected me with these people and then I paid

9  him, and he just paid them.  But I can get those

10  invoices if you need.

11          JO ARDALAN:  Who's your friend?

12          HAMZA IMRAN KHAN:  Sarim.  He's not in

13  US, his name is Sarim.  He's not in US right now,

14  he lives in Pakistan.  He does marketing from

15  there, so, I just contacted him because he knows

16  the industry.

17          JO ARDALAN:  Who does he do marketing

18  for?

19          HAMZA IMRAN KHAN:  I'll have to ask his

20  clients, but like, he's in Pakistan so like, I

21  don't know if he does for US-based companies or

22  not.  I'm not really sure.

23          JO ARDALAN:  What's his --

24          HAMZA IMRAN KHAN:  I was there for

25  summer -- I was there for last summer when I got

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

1    married in Pakistan, because I am from Pakistan

2    myself.  And I was there, he (indiscernible), you

3    know, all that, so, I get the website made.

4    Because it took them like maybe two to three days

5    to get that website up and running for me.  So, I

6    just paid them and that was it.

7              JO ARDALAN:  How do you spell his name?

8              HAMZA IMRAN KHAN:  S-A-R-I-M.

9              JO ARDALAN:  And what's his last name?

10             HAMZA IMRAN KHAN:  I believe, Q-A-S-M-

11   I.  Yeah.

12             JO ARDALAN:  Q-A-S?

13             HAMZA IMRAN KHAN:  Yeah.

14             JO ARDALAN:  A-I?

15             HAMZA IMRAN KHAN:  M-I.

16             JO ARDALAN:  All right.  So, he took

17   the payment and gave it to We Drive Tech?

18             HAMZA IMRAN KHAN:  Yes.

19             JO ARDALAN:  Okay.  And does he work

20   for We Drive Tech?

21             HAMZA IMRAN KHAN:  Not that I know of.

22   I don't think so.

23             JO ARDALAN:  Okay.  All right, well,

24   send me any and all information you want to send

25   me, I'm happy to take a look at it.  And we'll go

                                        Page 11

1    saying, like, I -- this was never sent out to
2    clients, this was never like sent out to anybody,
3    you know, other than me.  I'm the one looking at
4    it and maybe like you're looking at it since you
5    like, searched my LLC and all that.
6              JO ARDALAN:  Mm hmm.
7              HAMZA IMRAN KHAN:  But it was never
8    sent out to any clients, whatnot.  Like, no
9    marketing leads were generated from this, nothing
10   like that.
11             JO ARDALAN:  Mm hmm.  Okay, well all
12   communications between you and Sarim would be
13   helpful to see you know, any discussions if there
14   were discussions about the website.
15             HAMZA IMRAN KHAN:  Okay.
16             JO ARDALAN:  Right?  I mean, I'm sure
17   there's -- you had some kind of text or something
18   about the website, right?
19             HAMZA IMRAN KHAN:  Well, they -- that's
20   what I'm saying, they was like, we can develop
21   this website within two days, we have templates,
22   we make these websites --
23             JO ARDALAN:  Mm hmm.
24             HAMZA IMRAN KHAN:  -- all the time for
25   our clients.  Like, you know, he's like, they

                                        Page 19

1  make it.  So, I'm like, okay, why don't you show

2  me like, here's the payment, you know, initial

3  payment --

4          JO ARDALAN:  Mm hmm.

5          HAMZA IMRAN KHAN:  Why don't you create

6  me one and I'll take a look and see what I need

7  and what I don't need?  And then they create it,

8  I you know, I got busy with my stuff and then I

9  got a job right out of college so I just never

10  pursued that.  So, like I never went back and

11  made the changes or asked them to made the

12  changes.

13          But I can get you like the bill of

14  invoicing, I think the payment they made --

15          JO ARDALAN:  Mm hmm.

16          HAMZA IMRAN KHAN:  And any kind of like

17  -- if there was any communication online to them

18  I can get copies of that.  Like, I can ask them

19  like, I can ask my friend to give me copies of

20  all that -- any communications he had with them

21  like directly.

22          JO ARDALAN:  And -- yeah.

23          HAMZA IMRAN KHAN:  And for me like, see

24  -- if you want to make a website in US, it might

25  cost you like, you know, thousands of dollars and

Page 20

1    it's a big investment.  Like, for me to get it

2    made from there, since like the company is from

3    there, it cost me maybe marginally like 5 percent

4    of the cost that it would cost me in the US.

5            So, like it wasn't like a huge

6    investment that was making like maybe you know,

7    $2,000.00 or $3,000.00 or maybe like $6-700.00.

8    It was like a couple hundred bucks, and I paid

9    them in Pakistani currency right there.  So, you

10   know, like, it was very marginally cost that you

11   would even think twice about it.

12           It was a webpage that they made, and I

13   was like, okay, I'll take a look when I go back

14   to US, if you know, to edit it and stuff but I

15   just never got back to it.  Never got around it,

16   never pursued it.

17           JO ARDALAN:  Do you have any sort of

18   documents that were created when you created the

19   LLC?  The BinoTech LLC?

20           HAMZA IMRAN KHAN:  I just sent you the

21   EIN one though.

22           JO ARDALAN:  Oh, hold on.

23           ABDULLAH KHAN:  When he started the

24   organization, is that what you're talking about?

25           JO ARDALAN:  Yeah, do you have articles

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

```
 1              HAMZA IMRAN KHAN:  Yeah.
 2              JO ARDALAN:  We're on opposite sides
 3     here.  So, I can't give you legal advice on how
 4     to respond.  But you know, perhaps maybe some of
 5     the lawyers you spoke with might be able to give
 6     you some information.
 7              HAMZA IMRAN KHAN:  Like -- does this
 8     consider a response to you?  Like does all of
 9     this has to be on paper?
10              JO ARDALAN:  This is not a response.
11              HAMZA IMRAN KHAN:  Like, that's what
12     I'm trying to ask, because --
13              JO ARDALAN:  Yeah.  This is not a
14     response.  No, this isn't a response sufficient
15     for appearing in the lawsuit.  So, you should
16     perhaps talk to the lawyers --
17              HAMZA IMRAN KHAN:  Is there a form?
18     Like, is there a form that we need to fill out?
19     Like, that's what I'm trying to get at that, like
20     to --
21              JO ARDALAN:  I understand.
22              HAMZA IMRAN KHAN:  -- register my
23     deadline that we responded to this lawsuit.
24     Because if I ask a lawyer, like, this one lawyer
25     like charged me like 500 bucks for like 30
```

Page 36

```
 1                C E R T I F I C A T I O N

 2

 3    I, Sonya Ledanski Hyde, certify that the

 4    foregoing transcript is a true and accurate

 5    record of the proceedings.

 6

 7

 8

 9

10

11    Veritext Legal Solutions

12    330 Old Country Road

13    Suite 300

14    Mineola, NY 11501

15

16    Date:  December 19, 2024

17

18

19

20

21

22

23

24

25
```

Page 42

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127