Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiffs,*
Joanna Ardalan, Esq. and One LLP

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JOANNA ARDALAN, ESQ, an individual; ONE LLP, a California Limited Liability Partnership,<br><br>　　　　　Plaintiff,<br>　　v.<br>DOE 1, d.b.a LAW INTEGRAL, LLC, business entity unknown; DOE 2, d.b.a DEPUTY TRADEMARK, business entity unknown; DOE 3, p.k.a MICHELLE SPRAGUE, an individual; DOE 4, d.b.a TRADEMARK INTEGRAL, business entity unknown; DOE 5, d.b.a BRANDREGISTRATION.ORG, business entity unknown; and DOES 6 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:23-cv-01243-KK-(DFMx)<br>Hon. Kenly Kiya Kato<br><br>**RESPONSE TO OSC (DKT. 65)** |

Plaintiffs do not object to Karen Mummert, Michael Mummert, Coders Cube, LLC and Data Patch, Inc.'s dismissal without prejudice.

Plaintiffs served Defendant Does 1-5 per Docket 18, in which the Court permitted service to be completed by email. *See* Docket 22 (service on November 2, 2023). Plaintiffs have re-served Defendant Does 1-5 with the First Amended Complaint. *See* Declaration of Joanna Ardalan, ¶ 2. As Docket 18 permitted Plaintiffs to serve the complaint by email, and because Plaintiffs timely complied with that order, Plaintiffs request that this additional service of the First Amended Complaint be found sufficient, and that the Court permit default to be entered if the parties do not respond in 21 days, or in the alternative, permit Plaintiffs to enter default and request default judgment against Does 1-5 on the complaint (Dkt. 1) for injunctive relief.

                                                  Respectfully submitted,

Dated: February 25, 2025        **ONE LLP**

                                        By:  /s/ Joanna Ardalan
                                                Joanna Ardalan

                                                *Attorneys for Plaintiffs*,
                                                Joanna Ardalan, Esq. and One LLP

**RESPONSE TO OSC (DKT. 65)**