Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

*Attorneys for Plaintiffs,*
Joanna Ardalan, Esq. and One LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JOANNA ARDALAN, ESQ, an individual; ONE LLP, a California Limited Liability Partnership,<br><br>Plaintiff,<br>v.<br>DOE 1, d.b.a LAW INTEGRAL, LLC, business entity unknown; DOE 2, d.b.a DEPUTY TRADEMARK, business entity unknown; DOE 3, p.k.a MICHELLE SPRAGUE, an individual; DOE 4, d.b.a TRADEMARK INTEGRAL, business entity unknown; DOE 5, d.b.a BRANDREGISTRATION.ORG, business entity unknown; and DOES 6 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-01243-KK-(DFMx)<br>Hon. Kenly Kiya Kato<br><br>**DECLARATION OF JOANNA ARDALAN IN RESPONSE TO OSC (DKT. 65)** |

**DECLARATION OF JOANNA ARDALAN IN RESPONSE TO OSC**

I, Joanna Ardalan, am a party and counsel of record in the above captioned action.

1. My office previously served Defendant Does 1-5 per Docket 18, in which the Court permitted service to be completed by email. *See* Docket 22. Defendants Does were served with the Complaint. They did not respond.

2. On February 25, 2025, I re-served Defendant Does 1-5 with the First Amended Complaint. Attached as Exhibit A is a true and correct copy of that email message. The email as addressed to hello@lawintegral.com did not get returned, whereas the other email addresses were returned.

I declare under penalty of perjury the facts stated herein are true and correct. Executed on February 25, 2025 in Los Angeles, California.

By: /s/ Joanna Ardalan

1

**DECLARATION OF JOANNA ARDALAN IN RESPONSE TO OSC**

# Exhibit A

| | |
|---|---|
| **From:** | Jo Ardalan |
| **To:** | Vanessa Soriano; hello@lawintegral.com; info@trademarkintegral.com; info@deputytrademark.com; info@brandregistration.org |
| **Subject:** | RE: Ardalan v. Law Integral, 8:23-cv-01243-DOC-DFM- SERVICE OF SUMMONS AND COMPLAINT PURSUANT TO COURT ORDER (DKT. 18.) |
| **Date:** | Tuesday, February 25, 2025 7:31:00 PM |

All:

Included in the dropbox link below is the First Amended Complaint filed against you in this action. Please note the previous court order regarding service of summons and complaint by email message.

https://www.dropbox.com/scl/fi/fj37x4bs9bev19s1habyu/OneDrive_1_2-25-2025.zip?rlkey=fm18ryavkolx05u2jaj2a27pq&st=68kvbglk&dl=0

Regards,
Jo
--
**Jo Ardalan**
**Partner**


**one llp**

Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice*: If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it. This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.

**From:** Vanessa Soriano <vsoriano@onellp.com>
**Sent:** Thursday, November 2, 2023 3:22 PM
**To:** hello@lawintegral.com; info@trademarkintegral.com; info@deputytrademark.com; info@brandregistration.org
**Cc:** Jo Ardalan <jardalan@onellp.com>
**Subject:** Ardalan v. Law Integral, 8:23-cv-01243-DOC-DFM- SERVICE OF SUMMONS AND COMPLAINT PURSUANT TO COURT ORDER (DKT. 18.)

Hello,

A lawsuit has been filed against you, *Ardalan v. Law Integral,* 8:23-cv-01243-DOC-DFM. It is pending in the District Court for the Central District of California and is assigned to Judge David O. Carter. A copy of the complaint and the summons issued by the clerk is attached. All other documents filed in this action are located in the Dropbox link below.

https://www.dropbox.com/scl/fo/9q9cah8q4mbm2d1xcizb9/h?

rlkey=li8dzwbwrjpnhadwspo54m6wj&dl=0

Pursuant to Judge Carter's October 19, 2023 order, we are authorized to serve you with this lawsuit (i.e. summons and the complaint) by email message.

**Therefore, this email message is service of the complaint and summons and triggers your deadline to respond to the complaint.**

If you have any questions, please contact Jo Ardalan (cc'd here).

Thank you,
Vanessa



*"one vision. one focus. one law firm."*
www.onellp.com

Vanessa E. Soriano
Litigation Paralegal
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
F   (949) 258-5081
vsoriano@onellp.com

*This message and any attached documents contain information from the law firm of One LLP that may be confidential or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify me immediately by reply e-mail and then delete this message.*