UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 23-1243-KK-DFMx | Date: | February 26, 2025 |
| Title: | *Joanna Ardalan, et al. v. Doe 1, et al.* | | |

Present: The Honorable KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order DISMISSING Defendants Karen Mummert, Michael Mummert, Coders Cube, LLC and Data Patch, Inc.

On February 18, 2025, the Court issued an Order to Show Cause ("OSC") as to why the action should not be dismissed for failure to prosecute against defendants Karen Mummert, Michael Mummert, Coders Cube, LLC and Data Patch, Inc. ECF Docket No. ("Dkt.") 65. On February 25, 2025, Plaintiffs filed a Response to the Court's OSC indicating "Plaintiffs do not object to Karen Mummert, Michael Mummert, Coders Cube, LLC and Data Patch, Inc.'s dismissal without prejudice." Dkt. 66. Thus, defendants Karen Mummert, Michael Mummert, Coders Cube, LLC and Data Patch, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**