# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOANNA ARDALAN, et al.

Plaintiff(s),

v.

DOE 1, et al.

Defendant(s).

CASE NUMBER:

8:23−cv−01243−KK−DFM

## NOTICE OF DEFICIENCY
## DEFAULT/DEFAULT JUDGMENT

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  Doe 1, D.B.A Law Integral, LLC, Doe 2, D.B.A Deputy Trademark, Doe 3, P.K.A Michelle Sprague, Doe 4, D.B.A Trademark Integral, Doe 5, D.B.A Brandregistration.Org  for the following reason(s):

\_ No declaration as required by F.R.Civ.P 55(a)
\_ No proof of service/waiver of service on file
\_ The name of the person served does not exactly match the person named in complaint
\_ Proof of Service is lacking required information
\_ Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
\_ Time to respond has not expired
\_ Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
\_ Request for Entry of Default has been forwarded to the assigned Judge
\_ Party dismissed from action on
\_ Case terminated on
 X  Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
 X  Other: No proof of service/waiver of service on file for the First Amended Complaint. See Court's Order Doc 38.

The Clerk cannot enter the requested **Default Judgment** against \_\_ for the following reason(s):

\_ No Entry of Default on file
\_ No declaration as required by F.R.Civ.P 55(b)
\_ The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
\_ Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
\_ A declaration establishing the amount due must accompany the plaintiff's request for default judgment
\_ No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
\_ Amount sought is not for a sum certain or cannot be computed to a sum certain
\_ Attorney Fees sought not in compliance with Local Rule 55−3
\_ Amount sought for costs is incorrect
\_ Case terminated on
\_ Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
\_ Other:

CLERK, U.S. DISTRICT COURT

Date: February 28, 2025   By: /s/ Alison Bandek
                              Deputy Clerk
                              alison_bandek@cacd.uscourts.gov