Peter R. Afrasiabi (Bar No. 193336)
pafrasiabi@onellp.com
Joanna Ardalan (Bar No. 285384)
jardalan@onellp.com
**ONE LLP**
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiffs,*
Joanna Ardalan, Esq. and One LLP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA ARDALAN, ESQ, an individual; ONE LLP, a California Limited Liability Partnership,<br><br>Plaintiff,<br>v.<br>BINOTECH LLC,; KAREN MUMMERT; MICHAEL MUMMERT; ABDULLAH LIMITED COMPANY, CODERS CUBE LLC, HIK TECH LLC, DATA PATCH, INC., DOE 1, d.b.a LAW INTEGRAL, LLC, business entity unknown; DOE 2, d.b.a DEPUTY TRADEMARK. business entity unknown; DOE 3, p.k.a MICHELLE SPRAGUE, an individual; DOE 4, d.b.a TRADEMARK INTEGRAL, business entity unknown; DOE 5, d.b.a BRANDREGISTRATION.ORG, business entity unknown; and DOES 6 through 10, inclusive,<br><br>Defendants. | Case No. 8:23-cv-01243-KK-(DFMx)<br>Hon. Kenly Kiya Kato<br><br>**DECLARATION OF JOANNA ARDALAN IN SUPPORT OF NOTICE TO THE CLERK RE PROOF OF SERVICE IN SUPPORT OF DEFAULT** |

**DECLARATION OF JOANNA ARDALAN**

# DECLARATION OF JOANNA ARDALAN

I, Joanna Ardalan, declare as follows:

1. I am an attorney at law duly licensed to practice in this court and counsel of record for Plaintiffs Joanna Ardalan, Esq. and One LLP ("Plaintiffs"). I have personal knowledge of the facts stated herein and, if called to testify, could and would competently testify thereto.

2. Attached as Exhibit A is a true and correct copy of an email message giving the Defaulting Defendants notice of the First Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of March 2025 in Los Angeles California.

/s/ Joanna Ardalan

Joanna Ardalan