# EXHIBIT A

| | |
|---|---|
| **From:** | Jo Ardalan |
| **To:** | Vanessa Soriano; hello@lawintegral.com; info@trademarkintegral.com; info@deputytrademark.com; info@brandregistration.org |
| **Subject:** | RE: Ardalan v. Law Integral, 8:23-cv-01243-DOC-DFM- SERVICE OF SUMMONS AND COMPLAINT PURSUANT TO COURT ORDER (DKT. 18.) |
| **Date:** | Tuesday, February 25, 2025 7:31:00 PM |

All:

Included in the dropbox link below is the First Amended Complaint filed against you in this action.  Please note the previous court order regarding service of summons and complaint by email message.

https://www.dropbox.com/scl/fi/fj37x4bs9bev19s1habyu/OneDrive_1_2-25-2025.zip?rlkey=fm18ryavkolx05u2jaj2a27pq&st=68kvbglk&dl=0

Regards,
Jo
--
**Jo Ardalan
Partner**



Intellectual Property & Entertainment Law
310-437-8665 (Direct)
323-309-9215 (Cell)
jardalan@onellp.com

*Notice*:  If you are not the intended recipient of this e-mail, please reply and inform me of the mistake, and please do not print, forward or otherwise disseminate it.  This e-mail may contain attorney-client and/or work product information that is legally privileged, which prohibits any unauthorized review or use.

**From:** Vanessa Soriano <vsoriano@onellp.com>
**Sent:** Thursday, November 2, 2023 3:22 PM
**To:** hello@lawintegral.com; info@trademarkintegral.com; info@deputytrademark.com; info@brandregistration.org
**Cc:** Jo Ardalan <jardalan@onellp.com>
**Subject:** Ardalan v. Law Integral, 8:23-cv-01243-DOC-DFM- SERVICE OF SUMMONS AND COMPLAINT PURSUANT TO COURT ORDER (DKT. 18.)

Hello,

A lawsuit has been filed against you, *Ardalan v. Law Integral,* 8:23-cv-01243-DOC-DFM. It is pending in the District Court for the Central District of California and is assigned to Judge David O. Carter.  A copy of the complaint and the summons issued by the clerk is attached. All other documents filed in this action are located in the Dropbox link below.

https://www.dropbox.com/scl/fo/9q9cah8q4mbm2d1xcizb9/h?

rlkey=li8dzwbwrjpnhadwspo54m6wj&dl=0

Pursuant to Judge Carter's October 19, 2023 order, we are authorized to serve you with this lawsuit (i.e. summons and the complaint) by email message.

**Therefore, this email message is service of the complaint and summons and triggers your deadline to respond to the complaint.**

If you have any questions, please contact Jo Ardalan (cc'd here).

Thank you,
Vanessa



*"one vision. one focus. one law firm."*
www.onellp.com

Vanessa E. Soriano
Litigation Paralegal
23 Corporate Plaza, Suite 150-105
Newport Beach, CA 92660
F   (949) 258-5081
vsoriano@onellp.com

*This message and any attached documents contain information from the law firm of One LLP that may be confidential or privileged.  If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify me immediately by reply e-mail and then delete this message.*