# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNA ARDALAN, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>DOE 1, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:23–cv–01243–KK–DFM<br><br><br>**NOTICE OF DEFICIENCY**<br>**DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  DOE 1, d.b.a LAW INTEGRAL, LLC, business entity unknown; DOE 2, d.b.a DEPUTY TRADEMARK, business entity unknown; DOE 3, p.k.a MICHELLE SPRAGUE, an individual; DOE 4, d.b.a TRADEMARK INTEGRAL, business entity unknown; DOE 5, d.b.a BRANDREGISTRATION.ORG   for the following reason(s):

- _  No declaration as required by F.R.Civ.P 55(a)
- _  No proof of service/waiver of service on file
- _  The name of the person served does not exactly match the person named in complaint
- _  Proof of Service is lacking required information
- _  Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- X  Time to respond has not expired
- _  Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- _  Request for Entry of Default has been forwarded to the assigned Judge
- _  Party dismissed from action on
- _  Case terminated on
- X  Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- _  Other:

The Clerk cannot enter the requested **Default Judgment** against __ for the following reason(s):

- _  No Entry of Default on file
- _  No declaration as required by F.R.Civ.P 55(b)
- _  The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- _  Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- _  A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- _  No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- _  Amount sought is not for a sum certain or cannot be computed to a sum certain
- _  Attorney Fees sought not in compliance with Local Rule 55–3
- _  Amount sought for costs is incorrect
- _  Case terminated on
- _  Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- _  Other:

CLERK, U.S. DISTRICT COURT

Date: **March 17, 2025**   By: **/s/ Alison Bandek**
                              Deputy Clerk
                              alison_bandek@cacd.uscourts.gov

CV–52B(09/12)          NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT