# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JOANNA ARDALAN, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 8:23−cv−01243−KK−DFM |
| v. | |
| DOE 1, et al. | **NOTICE OF DEFICIENCY** |
| Defendant(s). | **DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of  DOE 1 d.b.a. Law Integral, LLC, DOE 2, d.b.a. Deputy Trademark, DOE 3, p.k.a. Michelle Sprague, DOE 4, d.b.a. Trademark Integral, and DOE 5, d.b.a. Brandregistration.Org  for the following reason(s):

- ▁  No declaration as required by F.R.Civ.P 55(a)
- ▁  No proof of service/waiver of service on file
- ▁  The name of the person served does not exactly match the person named in complaint
- ▁  Proof of Service is lacking required information
- ▁  Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ▁  Time to respond has not expired
- ▁  Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ▁  Request for Entry of Default has been forwarded to the assigned Judge
- ▁  Party dismissed from action on
- ▁  Case terminated on
- X  Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- X  Other: Due to method of service, time to respond has not expired.

The Clerk cannot enter the requested **Default Judgment** against ▁ for the following reason(s):

- ▁  No Entry of Default on file
- ▁  No declaration as required by F.R.Civ.P 55(b)
- ▁  The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ▁  Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ▁  A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- ▁  No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ▁  Amount sought is not for a sum certain or cannot be computed to a sum certain
- ▁  Attorney Fees sought not in compliance with Local Rule 55−3
- ▁  Amount sought for costs is incorrect
- ▁  Case terminated on
- ▁  Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- ▁  Other:

CLERK, U.S. DISTRICT COURT

Date: March 20, 2025          By:  /s/ *Alison Bandek*
                                         Deputy Clerk

alison.bandek@cacd.uscourts.gov